UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

KELLY CONRAD GREEN II, an individual, By and through his guardian ad litem Derek Johnson,

    Plaintiff.

CORIZON HEALTH, INC., a Tennessee Corporation; LANE COUNTY, an Oregon county; DR. CARL KELDIE, an individual; DR. JOE PASTOR, an individual; BECKY PINNEY, an individual; DR. JUSTIN MONTOYA, an individual; VICKI THOMAS, an individual; KIRSTIN WHITE, an individual; JACOB PLEICH, an individual; SHARON FAGAN, an individual; ROB DOTSON an individual; GUY BALCOM, an individual; DONALD BURNETTE, an individual; JOHN DOES 1-10,

    Defendants.

Civil Case No. _____

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Kelly Conrad Green II, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare than I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions:

1. Are you currently incarcerated?      ○ Yes  ☒ No

    If "Yes" state the place of your incarceration: _____

    If "Yes" and you are filing a civil action, have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account showing transactions for the past six (6) months.

2. Are you currently employed?    ○ Yes  ☒ No  ○ Self-employed

    a.   If the answer is "Yes," state:

        Employer's name: _____

        Employer's address: _____

- Amount of take-home pay or wages: $_____ per _____ (specify pay period)

   b. If the answer is "No," state:

   Name of last employer: Arby's

   Address of last employer: <u>Bothell, Washington</u>

   Date of last employment: Approximately 8 years ago.

   Amount of take-home salary or wages: <u>unknown</u>_____ (specify pay period)

3. Is your spouse or significant-other employed? O Yes  O No  G Self-employed  ☒ Not applicable
   If the answer is "Yes," state:

   Employer's name: _____

   Employer's address: _____

   Amount of take-home pay or wages: $_____ per _____ (specify pay period)

4. In the past 12 months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   O Yes ☒ No
      If "Yes," state:  Amount received:          $_____
                       Amount expected in future: $_____

   b. Rent payments, interest, or dividends   O Yes ☒ No
      If "Yes," state:  Amount received:          $_____
                       Amount expected in future: $_____

   c. Pensions, annuities, or life insurance payments   O Yes ☒ No
      If "Yes," state:  Amount received:          $_____
                       Amount expected in future: $_____

   d. Disability or workers compensation payments   O Yes ☒ No
      If "Yes," state:  Amount received:          $_____
                       Amount expected in future: $_____

   e. Gifts or inheritances   O Yes ☒ No
      If "Yes," state:  Amount received:          $_____
                       Amount expected in future: $_____

   f. Any other sources   ☒ Yes  O No
      If "Yes," state: Source: Social security disability
                       Amount received:          $730.00 per month
                       Amount expected in future: $730.00 per month

5. Do you have cash or checking or savings accounts?    ☒ Yes  ☐ No
   (Including prison trust accounts)?

   If "Yes," state the total amount: $704.33

6. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☐ Yes  ☒ No

   If "Yes," describe the asset(s) and state the value of each asset listed.

   _____
   _____
   _____
   _____

7. Do you have any other assets?    ☐ Yes  ☒ No

   If "Yes," list the asset(s) and state the value of each asset listed.

   _____
   _____
   _____
   _____

8. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses?    ☒ Yes  ☐ No

   If "Yes," describe and provide the amount of the monthly expense.

   My care facility takes $647.21 of my monthly social security, leaving me $82.79 per month for living expenses.

9. List the persons (or, if under 18, initials only) who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   No one _____
   _____
   _____
   _____
   _____

10. Do you have any debts or financial obligations?    ☒ Yes   ☐ No

If "Yes," describe the amounts owed and to whom they are payable.
Unpaid medical bills of approximately $34,000.00.

_____
_____
_____
_____
_____

If I am incarcerated, I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments toward the full filing fee of $350.00 for a prisoner civil rights complaint in accordance with 28 U.S.C. § 1915(b).

I declare under penalty of perjury that the above information is true and correct.

10-16-2013
DATE

SIGNATURE OF APPLICANT

Kelly Conrad Green II
PRINTED NAME OF APPLICANT

10-16-2013
DATE

Sandra G Pulver
SIGNATURE OF APPLICANT'S MOTHER

Sandra G Pulver
PRINTED NAME OF APPLICANT'S MOTHER