IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

KELLY CONRAD GREEN, et al.,

        Plaintiffs,

                                   No. 6:13-cv-1855-TC

v.

                                   PROTECTIVE ORDER

CORIZON HEALTH, INC., et al.,

        Defendants.

_____

COFFIN, Magistrate Judge:

As noted at the status conference on January 14, 2014, the court enters the following

protective order:

Pending further review, all documents obtained through discovery may only be shown to the

parties, witnesses who are being deposed and experts. All such witnesses and experts must be

advised of this protective order and agree not to disclose their contents.

DATED this _____ day of May, 2014.

                                _____
                                   THOMAS M. COFFIN
                             United States Magistrate Judge

1          – ORDER