### Intake Health Screening & Transfers



### Objectives

- Identify forms to be completed at intake
- Discuss the purpose of medical and mental health screening
- Summarize the details related to completing facility screening forms
- Apply indications for immediate referral

### Objectives

- Describe process for follow-up of identified medical and mental issues
- Classify the transfer processes for prisons, including transfers inside and outside of institution



CORIZON000397

Exhibit 55 - Page 1 of 17
Dec'l of JTD

Intake Health Screening & Transfers                                              01/15/2013

### Definitions

- 'Intake' screening refers to the medical evaluation upon an inmate's initial arrival into a correctional system; i.e. arrival into a jail or new entry into a prison system.
- 'Transfer' screening refers to the evaluation or record review of an inmate transferred from one correctional facility to another – within the same system.

### Purpose of Screening Process

- Early identification of acute and chronic medical and mental health needs
  - This is the critical time to identify needs and assure follow-up occurs
  - Detect any scheduled or needed appointments or referrals
- Determine disposition
  - Placement and housing recommendations
  - Immediate and routine healthcare referrals
- Provide information on access to healthcare
  - Written and verbal

### Completing Intake Screening – When

When
- Immediately upon initial arrival to jail or prison intake facility

Intake Health Screening & Transfers          01/15/2013

### Completing Intake Screening – Who

- Who completes
  - Medical personnel
  - Health trained corrections staff (If no 24 hour nursing staff on-site, usually only occurs in jails)
  - If health trained corrections staff perform, appropriate medical follow-up must occur in compliance with facility policy

### When Not to Accept Inmate

- Unconscious
- Semi-conscious
- Bleeding
- Need of emergent medical attention

NOTE: This can be a challenge for prisons if you have parole violators who come directly into the facility from the street

### Follow-Up Situations

- Medication Verification
  - Contact pharmacy, provider, etc. to verify
    - Once verified, contact site physician for order
  - Unable to verify
    - Contact site physician for review of information and appropriate orders
    - Do not leave your shift without completion
    - NEVER START MEDICATION WITHOUT AN ORDER FROM SITE PHYSICIAN

### Follow-Up Situations

- Make sure appointments are scheduled
  - Physicals
  - TST, Immunizations
  - Chronic Care Clinics
- Make sure referrals are completed
  - Behavioral Health (if indicated)
  - Dental (screening within 7 days, exam within 30)
- Make sure security is informed about special housing or watches
  - Substance Abuse Withdrawal
  - Behavioral Health
  - Suicide Watch
  - Specials Needs Units

### What To Complete At Intake

- Intake Medical History and Screening
- Intake Mental Health Screening
- Provide verbal and written healthcare access information to the patient

### Completing a Medical Intake Screening

- General Guidelines
  - Write legibly
  - Complete all blanks
  - Explain *yes* answers
  - Take vital signs and include blood sugar if indicated and all other contract specific information
  - Determine current medical conditions
    - Dates and hospital providers
    - Names, phone numbers of general or specialty physicians

Intake Health Screening & Transfers

01/15/2013

### General Guidelines

- Obtain release of information
  - Allows you to obtain additional records, healthcare data
- Determine medical history
  - Dates and duration of care
- Allergies
  - Include symptoms (i.e. rash, nausea, hives)
- Disposition
  - Notify security to insure proper placement in facility

### General Guidelines

- Obtain signatures
  - Screener and patient should sign
  - Additional review determined by site policy
- Obtain TB history and symptom screening
  - Positive symptoms must be addressed immediately
  - Positive history must do the following:
    - Verify previous treatment; i.e. where, when and what received
    - Schedule with site physician for follow-up

### General Guidelines

- Medications
  - Include date and time of last dose
  - Obtain prescriber's name and phone number or name and address of current pharmacy

Intake Health Screening & Transfers 01/15/2013

### General Guidelines

- Determine previous substance abuse history
  - Previous history of alcohol use including how often, how much and last time used alcohol
  - Previous problem with withdrawal such as blackouts or seizures

Note: *Review the Module in your manual titled "Substance Abuse Withdrawal" for more detailed information on screening for alcohol withdrawal and appropriate follow-up*

### General Guidelines

- Determine previous substance abuse history
  - Previous history of drug use including type(s), how often and last time
  - Previous problems when stopped taking drugs
  - Are they currently detoxing?
    - If yes, from what substance?

### General Guidelines

- Psychiatric screening including the following:
  - Discussion about previous inpatient and outpatient psychiatric history, including illness, treatment dates and locations of treatment
  - Obtain information regarding previous/current drug and/or alcohol abuse
  - History of cerebral trauma or seizures
  - History of sex offenses or victimization
  - Document all medication that the patient is receiving or has received in the past related to Mental Health diagnosis

CORIZON New Employee Orientation Part II - Clinical Reviewed
January 2013                                                                                     6.

CORIZON000402

Exhibit 55 - Page 6 of 17
Dec'l of JTD

Intake Health Screening & Transfers                              01/15/2013

### General Guidelines

- Current psychotropic medications
  - Include medication name(s), last dose, provider and pharmacy

### General Guidelines

- Document behavioral observations
  - Include all abnormal observations in the following areas:
    - Eye contact
    - Appearance
    - Activity
    - Mood, terrified, crying, concentration
    - Affect, delusional, hallucinations
    - Memory, intellectual functioning
    - Speech
    - Psychotic symptoms
    - Orientation

### General Guidelines

- Access Suicide Potential by including review of the following
  - Level of risk
    - Arresting officer believes may be suicidal
    - Has significant psychiatric history or shows signs of depression such as crying, anxious, afraid or angry
    - Expresses thoughts about killing self
    - Expresses the loss of the will to live

CORIZON New Employee Orientation Part II - Clinical Reviewed
January 2013                                                          7

CORIZON000403

Exhibit 55 - Page 7 of 17
Dec'l of JTD

### Level of Risk
- History of suicide, has suicide plan, or has family history
- Holds position of respect in community or appears unusually embarrassed or ashamed
- Expresses feeling of hopelessness
- Lack close family and friends

### Level of Risk
- Experienced significant loss within last six (6) months including loss of job, family member, etc.
- Worried about problems other than legal problems, (i.e. terminal illness)
- Under the influence of drugs or alcohol or showing signs of withdrawal

### Purpose of Screening
- Identify referrals
  - Immediate and routine medical and mental health referrals
  - Suicide precautions
  - Contact physician or Mental health provider for medication/emergent needs
  - Substance Abuse Withdrawal

### Purpose of Screening

- Determine Placement and Housing recommendations
  - General population
  - Special housing needs
  - Medical monitoring for potential withdrawal
  - Or suicide precautions
- Provide security information regarding placement
  - Know process for notifying security of special housing needs

### Purpose of Screening

- Provide information on access to healthcare services
  - Verbal explanation
  - Written information
  - Available in different languages

### Follow Through

- Shift change is a busy time for medical and security staff
- You should not leave the shift without ensuring immediate needs are getting appropriate attention

Intake Health Screening & Transfers

01/15/2013

### Transfers

- The following slides pertain to inmates transferring from one facility to another within the same correctional system

### Inmates Transferring Out to Other Facilities

- Completing Transfer Summary
  - What is it?
    - Review and document information regarding inmate's medical and mental health needs prior to transfer to another facility
    - This may be a standardized form or a thorough hand-written note.

### Completing Transfer Summary

- Transfer summary should include:
  - Last TB and/or chest X-ray
  - Known allergies
  - Current medications
  - Any current medical, dental or mental health problems
    - Including current treatment plan for identified conditions or problems
  - Pending appointments, outstanding diagnostic work or specialty care
  - Instructions to transport personnel regarding any special needs

### Intake Transfer Screening

- What is it?
  - Intake screening performed on an inmate who currently has established health record for current incarceration
- When would you use?
  - Intrasystem transfer (within a prison system)
  - Individual returning from furlough
- When should it be done?
  - Within 12 hours of arrival to facility

### Transfers Within A Prison System

- What should the receiving process include:
  - Review of inmate health record or health summary
  - Follow-up on any outstanding medical needs, which can include
    - Ordering medications
    - Placing on medical, dental, mental health and sick-call
    - Scheduling for Chronic Care Clinic
- Information should be posted regarding access to health care services

### The Bottom Line

- All levels of healthcare providers are responsible
- Failure to recognize issues on arrival and a lack of follow through may result in unnecessary life threatening and emergent needs later

### Jail Personnel Only

- In addition to completing this module, you must complete the "Jail Intake Forms" Staff Learning Modules
- Your mentor, DON or HSA will provide the modules that relate to the intake forms that are used at your site
- Return the required paperwork from the modules with the paperwork from this module

### Conclusion

- Complete Intake Health Screenings & Transfers Test
  - Review Answers with Supervisor/Facilitator
- Complete the two-part Intake Health Screenings & Transfers Checklist
  - Part I (upper section) Review of information covered in this module
  - Part II (lower section) Review of information covered during site specific OJT
- Complete *Jail Intake Forms Staff Learning Modules* (Jail Personnel Only)

## INTAKE HEALTH SCREENING & TRANSFERS

✓ Orientation Checklist

**Complete & Initial the following:**

_____ Intake Health Screening & Transfers Test and review the answer key

I have reviewed the module on **Intake Health Screening & Transfers**. I have had the opportunity to ask questions, and I have a basic understanding of the following aspects of intake health screening and transfers:

_____ When and by whom the screening process should be completed
_____ When not to accept an inmate into the facility
_____ What should be completed at intake screening
_____ General guidelines for completing a medical intake screening
_____ General guidelines for completing a mental health intake screening
_____ Components of a transfer summary for inmates transferring out of one facility to another facility
_____ Components of a receiving screening process for inmates transferred into a facility
_____ Follow-up issues
_____ Failure to recognize and follow-up can lead to unnecessary life threatening and emergent needs later

_____     _____
*Employee's Signature*                *Date*

_____
*Print Name*

**In addition to the module review the following has been demonstrated or explained to me:**

**Intake Screening (Jails & Prisons with Reception Units)**

_____ Review of paperwork needing completion at initial intake and timeframes for completion (Jail Personnel complete Jail Intake Forms Staff Learning Modules)
_____ Medical Screening: how, when and who completes (If completed by health-trained corrections officer, discuss process for referral of immediate needs to medical and follow-up required by medical.)
_____ Mental Health Screening: how, when and who completes
_____ Dental Screening: how, when and who completes
_____ Procedure and indications for immediate referral include items such as placing on suicide precautions, detox, etc.
_____ Verbal and written orientation of inmate on access to healthcare services
_____ Procedure to verify and order current medication
_____ Determining disposition: how to notify security of placement/housing recommendations
_____ Documentation: what and where, include reminder on importance of completing all blanks on screening tools including vitals, etc.

Intake Health Screening & Transfers Checklist

### Inmate Transfers (Prisons)

___ Completion of chart review and transfer information of inmates transferring out of facility
___ Procedure to complete and document receiving screening on intrasystem transfers coming into this facility
___ Indications for referral to physician and how this is done
___ Indications for referral to mental health and how this is done
___ Indications for referral to dental and how this is done
___ Procedure to arrange for follow-up of pending specialty appointments
___ Procedure for physician review of intake charts
___ Reordering current medications
___ Referral to chronic clinic and how this is done
___ Orientation of inmate on access to healthcare
___ Proper follow-up on documented health needs
___ Determining disposition and notifying security of placement and housing needs

I have received an introductory explanation of the above information and had the opportunity to ask questions.

_____    _____
*Employee's Signature*                 Date

_____    _____
*Facilitator or Supervisor's Signature*   Date

✓ **File Original In Employee's Training File**

## INTAKE HEALTH SCREENING & TRANSFERS

☒ Test

Name: _____  Date: _____

Facility: _____  Job Title: _____

Employee ID#: _____

*Choose the best answer. Each question has only one answer.*

**Multiple Choice / True or False**

1. The purpose of the intake screening is:

   a. Early identification of acute and chronic medical and mental health needs
   b. Provide recommendations to security regarding housing and/or placement needs
   c. Provide the patient with information regarding access to healthcare services
   d. All of the above
   e. None of the above

2. You should not accept a patient if:

   a. They state they are innocent and should not be there
   b. They are conscious and oriented to place and time
   c. They are bleeding or in need of immediate medical attention
   d. They are unconscious
   e. A and B only
   f. C and D only

3. When completing a medical intake screening, generally you should document the following information:

   a. Vital signs
   b. Current medical conditions and previous medical history
   c. Current medications and allergies
   d. All of the above
   e. None of the above

4. When completing a mental health screening, generally you should document the following:

   a. Behavioral observations made regarding the inmate's actions
   b. Previous inpatient and outpatient psychiatric history
   c. Suicide potential
   d. Mother's maiden name
   e. A, B and D only
   f. A, B and C only

NA9053
Issued 1/15/2013          Corizon New Employee Orientation Part II Clinical          © 2013 Corizon Health, Inc.
                                                                                              Page 1 of 3

CORIZON000411

Exhibit 55 - Page 15 of 17
Dec'l of JTD

Intake Health Screening & Transfers Test

5. The purpose of completing a transfer screening is:

   a. To inform security at the receiving facility of any security needs
   b. To provide review of medical and mental health needs prior to transport to another facility
   c. To ensure that security documents that the patient left the facility
   d. None of the above
   e. All of the above

6. A transfer intake screening should be done by the receiving facility:

   a. Within 7 days of arrival
   b. Within 12 hours of arrival to facility
   c. Within 14 days of arrival to facility
   d. None of the above

7. The receiving 'transfer' screening process should include the following:

   a. Review of health record or a transfer health summary
   b. Review of inmate's incarceration record
   c. Determination of follow-up or outstanding medical needs
   d. Information regarding access to healthcare services at that facility
   e. A, B and C only
   f. A, C and D only

8. A qualified medical staff person or a health-trained corrections officer should complete intake screening.

   True          False

9. Information regarding access to healthcare does not need to be provided in writing at the time of intake.

   True          False

10. If a patient states a history of diabetes at the time of intake, it is not necessary to take a blood sugar.

    True          False

11. When completing the medical or mental health intake screening, you should notify security of placement or housing recommendations.

    True          False

12. If a patient states previous problems with withdrawal from alcohol or drugs, you should sign them up on the next physician's sick-call list with no other follow-up until then.

    True          False

NA9053
Issued 1/15/2013
Corizon New Employee Orientation Part II Clinical
© 2013 Corizon Health, Inc.
Page 2 of 3
2

CORIZON000412

Exhibit 55 - Page 16 of 17
Dec'l of JTD

Intake Health Screening & Transfers Test

13. A patient may have increased risk for suicide if they are under the influence of drugs and/or alcohol at the time of intake, showing signs of depression such as crying, anxiety, afraid or if they hold a position of respect in the community and appear embarrassed or ashamed.

    True            False

14. When performing intake screenings, you should not leave the shift without ensuring immediate needs are getting proper medical attention.

    True            False

15. When completing a transfer summary, it is not important to document current medical history or outstanding specialty-care appointments.

    True            False

16. When receiving a patient from another correctional facility, it is not important to order their medications if the transferring facility did not send them with the patient.

    True            False

☒ **Review Answers With Your Supervisor**
✓ **File Original In Employee's Training File**

NA9053
Issued 1/15/2013
Corizon New Employee Orientation Part II Clinical
© 2013 Corizon Health, Inc.
Page 3 of 3

CORIZON000413

Exhibit 55 - Page 17 of 17
Dec'l of JTD