Dr. Gulick

- narcotics · 3 week hypnotic effect

✗   - vitals · every visit

chronic care · standard · certain conditions
      - seen within 7 days (diabetes 48 hr)
      - at least every 3 months

      CAD, seizure, HTN, TB, HIV, HEP C, COPD, LIPID

→   must have order for chronic care clinic
→   use chronic care form
✗   med dir · make sure gets done

→ ✗   14 day physical   must sign

detox medication  IV ?

Russell Wynn -

No. 131
Date 10/7/14
Montoya
CC Reporting

CORIZON003274

Exhibit 64 - Page 1 of 18
Dec'l of JTD

Staff mtg Fri 08:30

1/8/13 | MAC

↳ Brown, S. Hippolyte

Pharmacy inspections part of overall inspection in May.

○   AED - purchase a second one, to be placed in medical.
      Corizon staff to check.

✱ not inform patients of appointments
      if prep needed - isolate in medical / own phone

mental health specialist — Master crimp

○   need to check on what topicals approved.

○   BID med pass

temporary employee contact information

?   stats

Jennifer Callicott  — on line

○   management plan

CORIZON003275

Exhibit 64 - Page 2 of 18
Dec'l of JTD

12.30 -

2/12  MAC
? change clinic ( φ 10·11:30 )

10 band - wrong inmate drawn blood/H
→ Lt Brown to check on 10 badge/arm band

More clinic on swing shift

— Seg Med / Intake
    ① medical observation    days - wks
    ② temporary obs          hours
    ③ permanent housing -

— Alerts
    delete alerts

Bond measure -
    ↑ to 8 hours physician
      nursing, cust.

CORIZON003276

Exhibit 64 - Page 3 of 18
Dec'l of JTD

$13^{00} - 14^{00}$.

<u>MAC</u>

3/12   Vicki , Kevin , Lt Brown

Kevin - Staff meetings notification

1) Nurse blow draw though door - Needle stick. labs ☺
   → will not draw though "pre flap", fingerstick ok

2) Optional medical training .
   → backboard
   → AED
   corizon employees to do smoke head/evacuation

3) Ext for confinement

4) training April 1/2 new employees.
   3 employees completed

5) Schedule tracker

CORIZON003277

Exhibit 64 - Page 4 of 18
Dec'l of JTD

Dr Orr

Hep C → wt loss
                 unval head A
                    1yr
conference calls


4 meds.




Kevin -
on line access Portal & Carecast.

CORIZON003278

Exhibit 64 - Page 5 of 18
Dec'l of JTD

4/17/13   MAC

Lt. Brown    meeting   2nd Tires  @9:00
Kerri
Linda       nurse alarm team rooms

11:30 —    Springfield  3 day meds c tumfor
12:15

CORIZON003279

Exhibit 64 - Page 6 of 18
Dec'l of JTD

5/29/13   Mtg: leadership group

  — consistency
  — charts / documentation
  — electronic record oregon

CORIZON003280

Exhibit 64 - Page 7 of 18
Dec'l of JTD

$09^{00} - 10^{15}$

6/4   MAC

phone # 2263   Sgt office
2292 control
2264 Lt

level C    351 inmate

med dir / phy.   8 –
NP / PA        32
ψ        –   8
MHS        –
Dentist        6

Transports
FY 11 – 12  –    171        351            0.47/inmate
FY 12 – 13      99   thru 10 mo.        $\bar{x}$  9.9   0.54/inmate
act 118

CORIZON003281

Exhibit 64 - Page 8 of 18
Dec'l of JTD

7/9/13 MAC                                    9$^{00}$-10$^{30}$

Krs       1) movement.

Kevin     2) broken - can't states it can take "hours" for
Linda          medical to clear

Lt Brown  3) 351 beds funded as of this week

Plan of action:
    1) may be able to move 15" early on later, or earlier

follow-up.
    I get people down sooner - by 08$^{30}$
    Authotic call ↑ CBG. RN giving insulin before calling
    get statistics from Linda ——
    ER meeting

CORIZON003282

Exhibit 64 - Page 9 of 18
Dec'l of JTD

8/13    MAC

0900 —    pharmacon - *no* Ativan missing
10¹⁵         RN Paula Sawyer - terminated ⓞ

         - Kevin considering new supplier kite form

         EMM


→ minutes from Linda
→ Kris out-of-time, not organizing charts
→ get copy of forced medication.

CORIZON003283

Exhibit 64 - Page 10 of 18
Dec'l of JTD

| 9/10 | MAC |
| | tumove. |
| | tramny. |
| | |
| | |
| | |
| | |
| 9/11/13 | Conference Call Dr. Orr .        Kris White, Karen Mischke |

CORIZON003284

Exhibit 64 - Page 11 of 18
Dec'l of JTD

10/8 : MAC

1) staffing - needs to be stable
2) contract renewal - notification 1/1/14
3) segneed list notification in place
4) if - Rohnestein discussing long-term, need Part-time
   Dale - mental health summit.
5) Panic button. to be installed.
6) IAR in Intake
7) new correction software.

Staffing hours.
        PA    40 hrs
        MD    17 or 16

CORIZON003285

Exhibit 64 - Page 12 of 18
Dec'l of JTD

10/25/13   Staff Meeting — Lane County        [ 9-30 pp ]

1) cell phone in building — not allowed.

2) medical records - Judy.

1) valium liver. —

Ken

Colleen - counseling
W. Slamoski —
1:1 in µl.

Halder 5/2 amb document

Zyprexa 10-20.

on-call — be prepared, stimulog.
ok to challenge

documentation.
details.

questions, complaints, concerns.
mental health.

CORIZON003286

Exhibit 64 - Page 13 of 18
Dec'l of JTD

☐ email /        [1.5]

11/12/13 : MAC

Lt. Brown, Kris, Kevin, Vicki, Linda

Methadone clinic —
    previously pregnant opiate/heroin user
    received daily tx here via LCMH

need 24/7 hosp-in nurse

IAR, other medical to be 1 hr watch unless
    otherwise

? hazardous waste + more sharps (syfe or razor)
    could be separate

Corizon kites — separate from yellow jail kites.
    in effective Ool
    need separate lock boxes.

CCL arrange for visitor stuff, workers
    regulars not covered.

contract — anticipate renewal

CORIZON003287

Exhibit 64 - Page 14 of 18
Dec'l of JTD

MAE                                          T—

12/10/13  - vital machine · to be purchased
              needs: thermometer

   ⊙            EKG — need to review
              - update 1E · back priority.


   ⊙   corizon email.


   ⊙   Kite forms · arrived yest.
           separate for medical / mental health.

CORIZON003288

Exhibit 64 - Page 15 of 18
Dec'l of JTD

1/14/4   MAC
0900 —

10        seaman

Lt Brown
K. White      equipment - lights, Mayo stand, sterile process.
K. Wichiv                    not ordering CPAP
J. Montoya

cart newly released.
"Sterilin" contents not reviewed.

move - RN PRN being hired.

braces / CPAP need management plan

Nicole - on medical leave

EMR "Surgere" will not

Contract re-negotiation

methadone clinic
      Lane County Mental Health Summit 1/16
also to get $ coverage

✱   Lane County Behavioral Health, psychology

CORIZON003289

Exhibit 64 - Page 16 of 18
Dec'l of JTD

Fri. 3c" e/7

2/11/14   MAC mtg                    0⁹ᵃᵉ -11⁰⁰

Lt. Brown    Methadone Clinic

Debbie Tr

V.sh: Thomas    unable to house meds except meds on weekend. (Sun)

K. White    have Co. forgot to mark

K. Mehta    custody transport daily to clinic

Shackley → UC

Linda Hill    problems - can't store methadone, 6 cans etc.

Lane County Methadone
Suboxone.

Trip information
read only queen

Contact sheet for OSH.

No nurses can open cell doors.

Single use razors.

Kites.

Justin Montoya Corizon.

CORIZON003290

Exhibit 64 - Page 17 of 18
Dec'l of JTD

MAY-14-2014 01:38 From:                    To:5412283272        Page:19/19

MAC 3/11/14                                              $\boxed{D}$

Vicki — Equipment · vital machine, scales, fetal HR, autoclave.
Kris

Lt Brown — new fax lines – done
Linda

— Linda Hill – methadone – in process.

now tracking of meds.

Stormtest 220

level C    851

level D    435 minutes 2014, target Oct

Cap 405

New contract

CCC immediate response only
BOP physicals.

MW · Steve French

ACA enrollment

CORIZON003291

Exhibit 64 - Page 18 of 18
Dec'l of JTD