# NON DESIGNATED SENTINEL EVENT REVIEW FORM - 2013

Initial Notes Date:   4/8/2013        Form Id:   Legal

☑ Notification  5/2/2013        ☑ Forms and Medical Record   5/2/2013

| Patient Name *Green, Kelly* | Inmate ID *1524456* | Date of Event *12-Feb-13* |
|---|---|---|
| | | Day of Week    Tue |

| Site Name | Site # | Region | Facility | Today's Date |
|---|---|---|---|---|
| Lane County Adult Detention Center | 90806 | West | Jail | 18-Apr-13 |

| HSA | Sex | Age | Birth Date | Custody Date |
|---|---|---|---|---|
| Kevin Mishler | Male | 27 | 21-May-85 | 20-Dec-12 |

**Type of Event**  Unexpected neurological impairment

If other:



No. 1 32
Date 10/7/14
Montoya
CC Reporting

## Physician Review Tracking

| Site Medical Director Review | | Regional Medical Director Review | | Sentinel Event Committee Review | |
|---|---|---|---|---|---|
| Cat.   1 | | Cat.   4 | | Sentinel Event Com. Cat   1 | |
| Name: Montoya, Justin, MD | | Name:  Orr Harold, MD | | Risk Management Cat.   A | |

| SEC Status | Preliminary SEC Review | SEC Conference Call | SEC Final Review | ☑ Chart Scanned |
|---|---|---|---|---|
| Completed      LM | | | 5/28/13 | 5/2/13 BA |

*This Quality Improvement document is confidential and protected by legal privilege in accordance with State Peer Review Laws.*

CONFIDENTIAL

CORIZON003364

Exhibit 65 - Page 1 of 27
Dec'l of JTD

os/oMay. 2. 2013o 8:49AMx    +++ lane county                    No. 7532    P. 6/002/005

## C🜨RIZON™

### NON DESIGNATED SENTINEL EVENT REVIEW FORM
Form must be Complete and Legible
CONFIDENTIAL - DO NOT FILE IN PATIENT'S RECORDS
TO BE SUBMITTED TO CORIZON CLINICAL SERVICES DEPARTMENT ONLY

| Site Name (Do Not Abbreviate) Lane Co. Jail | Site Number 90806 | Date of Event 08/12/13 |
|---|---|---|
| Patient Name Last Green   First Kelly   MI C | | Custody Date 12/20/12 |
| Inmate Number 152486   Sex ☑Male ☐Female   Birth Date 5/21/88 | | Date 4/18/13 |

THIS FORM IS TO BE USED ONLY WHEN USE OF A SPECIFIC SENTINEL EVENT REVIEW FORM DOES NOT EXIST

Non Designated Sentinel Events include events for which it may be alleged that Corizon failed to provide appropriate care. These events may have errors of omission/commission associated with opportunities for improvement in systems or processes.

**Check the Type of Event:**
☐ Loss of limb
☐ Visual or hearing impairment or loss
☑ Neurological Impairment / Paralysis / Brain Damage
☐ Reproductive organ impairment or loss
☐ Pregnancy related complications:   ☐Ruptured ectopic   ☐Fetal demise   ☐On-site delivery
☐ High Profile events in the media/news
☐ Other as identified as potentially high risk _____

RECEIVED MAY 0 2 2013

| INTAKE: | COMPLETE | INCOMPLETE | MISSING | N/A | COMMENTS / FINDINGS |
|---|---|---|---|---|---|
| Intake screening process performed | ☐ | ☑ | ☐ | ☐ | _____ |
| Current medications ordered | ☐ | ☐ | ☐ | ☑ | _____ |
| Continuation of care orders implemented | ☐ | ☐ | ☐ | ☑ | _____ |
| **HEALTH ASSESSMENT:** | | | | | |
| H&P completed per policy | ☐ | ☑ | ☐ | ☐ | H&P was inappropriate |
| Mental Health evaluation performed | ☑ | ☐ | ☐ | ☐ | _____ |
| Continuation of care orders implemented | ☐ | ☐ | ☐ | ☐ | _____ |
| **SICK CALL:** | | | | | |
| Timely access to care | ☑ | ☐ | ☐ | ☐ | _____ |
| Referrals made as appropriate | ☑ | ☐ | ☐ | ☐ | _____ |
| **CHRONIC CARE:** | | | | | |
| Routinely evaluated per policy | ☐ | ☐ | ☐ | ☑ | _____ |
| Treatment plan followed | ☐ | ☐ | ☐ | ☑ | _____ |
| Abnormal tests acted on as appropriate | ☐ | ☐ | ☐ | ☑ | _____ |
| **MEDICAL RECORDS:** | | | | | |
| Record is complete and orderly | ☑ | ☐ | ☐ | ☐ | _____ |
| Refusals documented per policy | ☐ | ☐ | ☐ | ☑ | _____ |
| Master Problem List complete | ☐ | ☑ | ☑ | ☐ | _____ |
| **TRANSFER PROCESS:** | | | | | |
| Transfer summary accurate | ☑ | ☐ | ☐ | ☐ | _____ |
| Continuation of care implemented | ☐ | ☐ | ☐ | ☐ | _____ |

Attach Typed Narrative Summary (Include identified areas needing corrective action for all Category 3 and 4 events)

SMD Category: ☐1  ☐2  ☐3  ☑4          RMD Category: ☐1  ☐2  ☐3  ☑4

Marilyn John MD (JM) 5/1/13          O'Reilly, Adam N MD (OR) 4/18/13
Last  First  MD/DO  Initial  Date          Last  First  MD/DO  Initial  Date
Site Medical Director                        Regional Medical Director

Fax Completed Form to: Brentwood (Jail) 877-729-7053
St. Louis (DOC)  888-015-4476

Form J - Site Designated Sentinel Event Review Form
Revised January 1, 2012

© Corizon, Inc. 2011   All rights reserved.

CONFIDENTIAL                                    CORIZON003365

Exhibit 65 - Page 2 of 27
Dec'l of JTD

To: Patient Safety Committee

Re: Kelly Green # 1524456 date of Event 2/12/2013

Corrective Action Plan: summary of case

A review of the care issues surrounding this case raise a number of concerns that need to be addressed. The presenting history was an inmate who had rammed his head against a wall with sufficient force to injure himself with head laceration and other less obvious injuries. He had significant bleeding and lacerations on his head that required immediate attention. Notes include observations of no LOC and no paralysis. He apparently complained that he was "paralyzed" but he was moving all four extremities. There was a charted notation of neurological examination being "grossly intact". The components of that neuro examination are missing. The charting does not mention any active testing of strength to evaluate motor function.  But there was a concern about a possible cervical injury as the chart mentions the c-spine being held supported during the initial evaluation.  The inmate was transported to clinic for further evaluation and treatment of lacerations requiring suturing. There are no notes that inform the reader that the c-spine was secured or that the inmate was placed on a back board during transportation. As the attached notes by Dr. Montoya and myself bear out after the patient was sutured during that time period the practitioner was informed that the inmate's release was imminent. Again the chart supports concerns on the part of the practitioner of possible neurological issues as part of the A/P was for the inmate to have neuro checks every 1-2 hours. Inherent in that request seems to be an understanding that his release may have taken hours to be completed. As the case unfolded his release from custody was protracted and during that period time the inmates' neurological status had worsened requiring immediate transfer to the ED.

Recommendations for CAPs:

1. There must be a mandatory in-service scheduled for all clinicians and clinical staff regarding the approach as well as handling of the more common head and neck injuries i.e. including the indication and use of cervical collars and back boards.  The RMD and RCSM should be notified of the scheduled training and its completion by all required staff.

2. Effective immediately all chart entries must be signed / timed and dated. In this case the lack of timed documentation makes the accurate assessment of the flow of events speculative and difficult. To ensure compliance an audit of charts which reflects 10% of the inmates seen in a particular month should be completed monthly to ensure that this documentation is being done. Audit tools to enhance this process can be obtained from J. Siencak RCSM

3. Review with all clinical staff that all clinician orders  must be written on standard order sheets which allows for those orders to be noted and signed off appropriately by the nursing staff.

Respectfully Submitted

CONFIDENTIAL

CORIZON003366

Exhibit 65 - Page 3 of 27
Dec'l of JTD

05/0. .: . . . .May. 2. 2013. 8:49AM. . .x    +++ lane county              No. 7532    P. 4 2003/005

Sentinel Event Report

Prepared by:    Justin Montoya, MD

Site Medical Director, Lane County Adult Corrections #90806

Inmate:    Green, Kelly #1524456

Event Date:    February 12, 2013

Report Date:    April 23, 2013

For this reports I have reviewed chart notes, log notes from deputies, and verbal report from Kris White, PA

- Approximately 11:00
  - Kelly Green (Green) reportedly smashed head into wall in or around courtroom while handcuffed. Medical staff including Kris White, PA (KW) responded.
  - Chart note- untimed- indicates patient with 2 large lacerations to scalp. Green responding to simple questions but not appropriate. Reported being "paralyzed" but moving all extremities. Also reported not being able to hear KW because "ears paralyzed".
  - Deputy log indicates Green crossed his own legs while lying on floor.
  - KW reports c-spine was non-tender on exam
- 11:15
  - After being "cleared" by KW patient transported to segregation by wheelchair
  - I believe it was at this point that his head wounds were sutured in Medical Clinic
  - Order for neuro check q 1-2 hour
  - Per KW verbal report she and temporary HSA (Vicki) indicated Green needed to be transported to hospital. They were told by deputy he would be released shortly and would get a courtesy drop-off at hospital. KW states she was not aware the patient had been housed
- Approximately 11:47
  - Deputy log indicates patient had not moved, reported to medical. Medical (nurse) not documented) asked if Green was breathing. When told he was breathing nursing informed they would check on Green later in day.
- 13:45
  - Deputy log indicated deputy again informed medical patient had not moved positions. Deputy indicates he had spoken to Green prior to that call
- 15:30
  - Medical contacted by deputy checked on Green. Green reported "I think I'm paralyzed." Per deputy unable to move upper or lower extremities.
  - Deputy personally talked with nurses who evaluated Green.
  - KW and nurse evaluated patient and determined he needed transport to hospital. Per KW note (not timed) patient unable to squeeze fingers with hands or plantarflex ankles.

CONFIDENTIAL                                                CORIZON003367

Exhibit 65 - Page 4 of 27
Dec'l of JTD

Green hypotensive and bradycardic. Green reportedly moving head and neck without apparent discomfort

- 15:50 Nurse Leah took patient vitals
- 16:16 Medical personnel cleaned patient stool and place adult undergarment
- 16:50 Medics arrive to transport patient to hospital


- Problem #1 Incomplete documentation
  - o Recommendation: All chart notes and orders need to be signed/ timed/ and dated
  - o Implementation: Immediate
- Problem #2 Patient with concern for possible spinal injury cleared without imaging
  - o Recommendation: All patients with possible spinal injury receive imaging before being cleared
  - o Implementation: Immediate
- Problem #3 Patient with possible spinal injury not placed in C-collar or on spine board.
  - o Recommendation: All Patient with possible spinal injury not placed in C-collar or on spine board until cleared
  - o Implementation: Immediate
- Problem #4 No C-collar or spine board
  - o Recommendation: Obtain C-collar and spine board for clinic
  - o Implementation: completed. supplies obtained
- Problem #5 Order for Neuro check not written in orders, only on progress note
  - o Recommendation: All nursing orders to be written in order sheet
  - o Implementation: Immediate
- Problem #6 Neuro checks not done
  - o Recommendation: All nursing orders to be written in order sheet
  - o Implementation: Immediate
- Problem #7 Medical follow-up not done because staff believed the patient was being released
  - o Recommendation: Institute process to ensure all medical follow-up is done until confirmed release. HSA should be involved in this planning
  - o Implementation: Immediate

CONFIDENTIAL

CORIZON003368

Exhibit 65 - Page 5 of 27
Dec'l of JTD



### SENTINEL EVENT REVIEW COMMITTEE FEEDBACK

The Corizon Sentinel Event Review Committee has reviewed the Sentinel Event submitted by your facility regarding patient <u>Kelly Green</u>.

<u>X</u>    The committee *agrees* with the <u>SMD/RMD</u> assessment that this event is a Category <u>4</u>.

      _____We commend your efforts to manage this patient's healthcare appropriately.

      _____There are preventable errors of omission/commission associated with opportunities for improvement in systems/processes, please submit those areas identified with a Corrective Action Plan.

      <u>X</u>____Corrective Action Plan regarding preventable errors of omission/commission associated with opportunities for improvement in systems/process was received, no further action necessary at this time.

_____The committee *disagrees* with the _____ assessment of Category _____/_____ and instead assigns this event as a Category _____.

      _____The Committee commends your efforts to manage this patient's healthcare appropriately.

      _____Since there are preventable errors of omission/commission associated with opportunities for improvement in systems/processes, please submit those areas identified with a Corrective Action Plan.

      _____Corrective Action Plan regarding preventable errors of omission/commission associated with opportunities for improvement in systems/process was received, no further action necessary at this time.

Comments/Explanation:
Also noted incomplete intake from 12/20/12. It does not appear intake was ever completed.

This Quality Improvement document is confidential and protected by legal privilege in accordance with State Peer Review Laws.

© Corizon, Inc. 2013   All rights reserved

CONFIDENTIAL

**CORIZON**

SENTINEL EVENT NOTIFICATION FORM
Form must be Complete and Legible.
CONFIDENTIAL - DO NOT FILE IN PATIENT'S RECORDS
TO BE SUBMITTED TO CORIZON CLINICAL SERVICES DEPARTMENT ONLY

| Site Name (Do Not Abbreviate) | | Site Number | | Date of Event |
|---|---|---|---|---|
| LANE COUNTY JAIL | | 90806 | | 2 /12/13 |
| Patient Name | | | | Custody Date |
| Last  Green  II | First  Kelly | | MI  C. | 2 /11/13 |
| Inmate Number | Sex | Birth Date | | Date |
| 1524456 | ☑ Male  ☐ Female | 5 /21/85 | | 4 /12/13 |

---

> Please check the type of event which occurred:

# Type of Event

| Designated | Non-Designated |
|---|---|
| ☐ Mortality | ☐ Loss of Limb |
| ☐ Completed Suicide | ☐ Vision Impairment / Loss |
| ☐ DKA | ☐ Hearing Impairment / Loss |
| ☐ Medication Error | ☐ Unexpected Neurological Impairment |
| ☐ MRSA Infection | ☑ Paralysis |
| ☑ Suicide Attempt | ☐ Brain Damage |
| ☐ Status Asthmaticus | ☐ Unexpected Reproductive Organ Impairment / Loss (Child-bearing age) |
| ☐ Ruptured Viscus | ☐ Pregnancy Related Complications |
| | ☐ Ruptured Ectopic |
| | ☐ Fetal Demise |
| | ☐ Any On-Site Delivery (Precipitous Birth) |
| | ☐ High Profile (Media, Client Attention) |
| | ☐ Other _____ |

RECEIVED MAY 0 2 2013

Completed by:  Kevin Mishler  RN  HSA
Name (Please Print Legibly)            Title

Fax Completed Form to 877-729-7053

Form A - Sentinel Event Notification Form
Revised January 1, 2013

© Corizon, Inc. 2013   All rights reserved

CONFIDENTIAL

CORIZON003370

Exhibit 65 - Page 7 of 27
Decl' of JTD

# C⊘RIZON

## Sentinel Event Committee
## Review Form

| Demographics | | |
|---|---|---|
| Reviewer: Tonya Mooningham | Facility: Lane County Jail | |
| Patient Name (Last, First Initial) Green, Kelly | | Inmate #: 1524456 |
| Date of Incarceration: | Date of Event: 02/12/2013 | Day of Week: Tuesday |
| Patient DOB: 2/11/2013 | Patient Age: 27 | Gender: ☒ Male ☐ Female |
| Type of Sentinel Event: ☐ Mortality ☐ Behavioral Health ☐ Non Mortality ☒ Non Designated | | |
| Past Medical History (List Pertinent Diagnoses): Hx of paranoid schizophrenia | | |
| Note pertinent medications: | | |

### Succinct, Chronological Summary of "WHAT" Happened

Briefly summarize care prior to event: This SE was captured through our PLI team via the inmate's attorney and not reported from the site.

Primary circumstances leading up to and resulting in the event: PLI reported the following event: Mr. Green who hands were handcuffed behind his back at the time, became upset durign his court appearance and ran as fast he could with his head down before striking his head against the wall. This resulted in him splitting his head open with much blood on the floor of the courtroom. Following this incident, the patient was treated on the medical unit at the jail for the evaluation and treatment. Later that same day, the patient was sent to the ER for care. He apparently was found to have a fractured neck.

Describe event:

Post-event pertinent information (☐ N/A): Event analysis by the site Patient Safety Committee: see report. Most concerning parts of the review: No documentation that the c-spine was secured or that the inmate was placed on a back board during transport.

CAP includes obtained a C-collar and spine board because these are not available at the site. Order for neuro checks not written in the physician orders, only written in the progress notes. Neuro checks not done, recommendation is that all nursing orders are to be written in the order sheet. Imaging must be performed on all patient's with suspected spinal injury before being released from medical

### Summary of "HOW" It Happened

List Errors of Omission/Commission: See report

List System Defects (Consider environment/facility, tools [supplies/equipment], tasks, people, work flow, policy): see report

1

CONFIDENTIAL

Exhibit 65 - Page 8 of 27
Dec'l of JTD

| Best *Judgment* of "WHY" | | |
|---|---|---|
| **Check possible contributing factors:** | | |
| ☒ Human error | ☒ Documentation: | ☒ System Defects |
| ☐ Mistake | ☐ Desensitization | ☐ Labs |
| ☐ At risk behavior/choice | ☐ No use of NETS | ☐ Medications |
| ☒ Reckless behavior/choice | ☐ Inappropriate Use of NETS | ☐ Tasks |
| ☐ Breakdown in communication | ☐ Poor Documentation | ☐ Policies & Procedures |
| ☐ Lack of standard processes | ☐ Failure to work as a team | ☐ Work Flow |
| ☐ Corizon policies and procedures | ☐ Training issue | ☒ Supplies/Equipment |
|    not implemented/followed | ☐ Knowledge issue | ☐ Facility |
| ☐ Lack of fail safes | ☐ Decision making issue | ☐ Other: |
| ☐ Motivational issue | ☐ Information/data lacking | |
|    ☐ Engagement | ☐ Other: | |
|    ☐ Accountability | | |

| Risk Management Analysis | |
|---|---|
| ☐ Failure to triage properly | ☒ Training & Education |
| ☐ Delay/failure in diagnosis | ☐ Desensitization |
| ☒ Delay/failure in treatment | ☐ Repeat visits |
| ☒ Failure to follow-up | ☒ Timing |
| ☒ Documentation | ☐ Patient refusals |
| ☐ NETs | ☐ Other: |

**Case Analysis**

What **corrective actions** need to occur? CAP includes obtained a C-collar and spine board because these are not available at the site. Order for neuro checks not written in the physician orders, only written in the progress notes. Neuro checks not done, recommendation is that all nursing orders are to be written in the order sheet. Imaging must be performed on all patient's with suspected spinal injury before being released from medical. See list for the entire CAP

SMD Cat4    RMD Cat 4    SEC Cat 4    ☒ A  ☐ B  ☐ C

2

CONFIDENTIAL

CORIZON003372

Exhibit 65 - Page 9 of 27
Dec'l of JTD

Expedited Review-KG(?)NDSE                                                         Page 1 of 1

## Expedited Review-KG(?)NDSE

Sentinel Event Committee

**Sent:**  Monday, April 08, 2013 12:49 PM
**To:**  Mishler, Kevin
**Cc:**  Slencak, Jennifer; Orr, Harold; Legg, Jeremy; Garcia, Joanna
**Attachments:** A Notification.pdf (30 KB) ; I Non Designated.pdf (31 KB)

Sentinel Event Review Request (PLEASE EXPEDITE)

The following sentinel event has been identified through Professional Liability. Please forward attached documents according to Corizon's sentinel event review policy and procedure to Clinical Services.

| | |
|---|---|
| **Facility:** | **Lane County Jail** |
| **Patient Name:** | **Kelly Green** |
| **Inmate #:** | **Unknown** |
| **Event Date:** | **2/12/13** |
| **Type of Event:** | **NDSE** |

**Sentinel Event Committee**

CORIZON

Fax: ___ 729-7___3
105 Westpark Drive | Suite 200 | Brentwood, TN 37027
http://www.corizonhealth.com/

*This e-mail correspondence and any attachments are confidential and protected by legal privilege in accordance with the Federal Patient Safety & Quality Improvement Act of 2005 and applicable State Peer Review Laws.*

*If you are not the intended e-mail recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited.*

*If you have received this email in error, please notify the sender by replying to this e-mail and deleting it, and the reply from your mailbox.*

CONFIDENTIAL                                                        CORIZON003373

Exhibit 65 - Page 10 of 27
Dec'l of JTD

FW: Patient/Inmate - Kelly Green, Site - Lane Co. Jail, DOI - 2/12/2013                    Page 1 of 4

## FW: Patient/Inmate - Kelly Green, Site - Lane Co. Jail, DOI - 2/12/2013

Andersen, Briana

**Sent:** Monday, April 08, 2013 7:51 AM
**To:** Sentinel Event Committee
**Importance:** High

Please request an expedited sentinel event review of the below case from Lane County.

Briana Andersen, J.D.
Associate Patient Safety Officer
Corizon Corporate Office

**From:** Haggard, Rebekah
**Sent:** Monday, April 08, 2013 7:49 AM
**To:** Andersen, Briana
**Cc:** Herron, Britt
**Subject:** RE: Patient/Inmate - Kelly Green, Site - Lane Co. Jail, DOI - 2/12/2013

YES!  Please get an **expedited** SE review....and I will likely add a PLI with it....

**Rebekah Haggard, MD, CHCQM, CCHP**
**Vice President, Patient Safety Officer**
**Corizon Corporate Headquarters**
Office: 615-376-1317
Fax:    615-309-9421
105 Westpark Drive | Suite 200 | Brentwood, TN 37027
*This email and attachments are confidential. If you are not the intended recipient, any disclosure, copying, distribution or use is prohibited. If you have received this email in error, please notify the sender by replying to this email, then deleting it and the reply from your mailbox.*

**From:** Andersen, Briana
**Sent:** Monday, April 08, 2013 6:41 AM
**To:** Haggard, Rebekah
**Subject:** FW: Patient/Inmate - Kelly Green, Site - Lane Co. Jail, DOI - 2/12/2013

Please see Britt's email below.  Should we request that the site report this as a Non Designated event?

Briana Andersen, J.D.
Associate Patient Safety Officer
Corizon Corporate Office

**From:** Herron, Britt
**Sent:** Friday, April 05, 2013 4:13 PM
**To:** Andersen, Briana
**Subject:** Patient/Inmate - Kelly Green, Site - Lane Co. Jail, DOI - 2/12/2013

Briana,

Earlier this week, we received a letter from an attorney representing this inmate. The attorney states in his letter that his client "struck his head while making an in-custody court appearance" and that he is now permanently paralyzed. The attorney further indicates that he intends to pursue a claim against Corizon and its

https://webmail.corizonhealth.com/owa/?ae=Item&t=IPM.Note&id=RgAAAACMxdC%2b...    4/8/2013

CONFIDENTIAL                                                                    CORIZON003374

Exhibit 65 - Page 11 of 27
Dec'l of JTD

FW: Patient/Inmate - Kelly Green, Site - Lane Co. Jail, DOI - 2/12/2013                    Page 2 of 4

staff in connection with the injuries sustained by Mr. Green.

From what I understand right now, Mr. Green, whose hands were handcuffed behind his back at the time, became upset during his court appearance and ran as fast as he could with his head down before striking his head against the wall. This resulted in him splitting his head open, and there was much blood on the floor of the courtroom. Following the incident in the courtroom, Mr. Green was brought to the medical unit at the jail for evaluation and treatment. Later on that same day, he was sent to the emergency room for care. He apparently was found to have a fractured neck.

Per Schuronda, this was not reported as a sentinel event by the site. Would this be an event the SE Committee should review? Or should we instead proceed with requesting a PLI review given the apparent severity of the injury sustained by Mr. Green?

**Britt W. Herron**
**Sr. Litigation Manager / PL Claims Department**



Office: 615-660-6826
Cell:  615-519-0186
Fax:   615-309-9402
Email: britt.herron@corizonhealth.com

105 Westpark Drive | Suite 200 | Brentwood, TN 37027
www.corizonhealth.com

Please consider the environment before printing this email.
CONFIDENTIALITY NOTE: This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

**From:** Herron, Britt
**Sent:** Wednesday, April 03, 2013 3:57 PM
**To:** Hodge, Schuronda
**Subject:** RE: Patient/Inmate - Kelly Green, Site - Lane Co. Jail, DOI - 2/12/2013

Okay thanks. I will check with the HSA to see what he can tell me.

**Britt W. Herron**
**Sr. Litigation Manager / PL Claims Department**



**From:** Hodge, Schuronda
**Sent:** Wednesday, April 03, 2013 3:56 PM
**To:** Herron, Britt
**Subject:** RE: Patient/Inmate - Kelly Green, Site - Lane Co. Jail, DOI - 2/12/2013

https://webmail.corizonhealth.com/owa/?ae=Item&t=IPM.Note&id=RgAAAACMxdC%2b...    4/8/2013

# CORIZON
## MASTER PROBLEM LIST

| Inmate Name (Last, First): Glaein, Kelly Conrad II | Inmate #: 1524456 | Date of Birth: 5-21-85 | Sex: ☑ Male ☐ Female |
|---|---|---|---|
| NIDA or Alias(es): | | Special Needs: | |

### CHRONIC CARE

| # | Date | Diagnosis | # | Date | Diagnosis |
|---|---|---|---|---|---|
| 1 | | | 7 | | |
| 2 | | | 8 | | |
| 3 | | | 9 | | |
| 4 | | | 10 | | |
| 5 | | | 11 | | |
| 6 | | | 12 | | |

### TEMPORARY (Short Term) PROBLEMS

| # | Date | Diagnosis | # | Date | Diagnosis |
|---|---|---|---|---|---|
| 1 | | | 7 | | |
| 2 | | | 8 | | |
| 3 | | | 9 | | |
| 4 | | | 10 | | |
| 5 | | | 11 | | |
| 6 | | | 12 | | |

### INTAKE AND PERIODIC HEALTH ASSESSMENT / MEDICAL RESTRICTIONS

| # | Date | H & P | # | Date | Medical Restrictions |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | 4 | | |
| 5 | | | 5 | | |
| 6 | | | 6 | | |

### PPD INFORMATION / HISTORY OF PAST POSITIVES

| # | Date Read | Result in mm | CXR Date (if indicated) | CXR Results | # | Date Read | Result in mm | CXR Date (if indicated) | CXR Results |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | 7 | | | | |
| 2 | | | | | 8 | | | | |
| 3 | | | | | 9 | | | | |
| 4 | | | | | 10 | | | | |
| 5 | | | | | 11 | | | | |
| 6 | | | | | 12 | | | | |

### IMMUNIZATIONS

| # | Date | Immunizations | Comments |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

© 2011 Corizon, Inc., All rights reserved

CONFIDENTIAL

CORIZON003376

Exhibit 65 - Page 13 of 27
Dec'l of JTD

*Intake not complete due to pt's mental condition.*

## CORIZON
### INTAKE RECEIVING AND SCREENING LANE COUNTY JAIL

| | | |
|---|---|---|
| LAST NAME: Green | FIRST NAME: Kelly | MI: C |
| STATE ID: 152456 | VISIT ID: | ALIAS: | DOB: 5/21/85 |

| DATE: 12 / 20 / 12 | TIME: 09:00 ☑AM ☐PM | SEX ☐MALE ☐FEMALE | SOCIAL SECURITY NUMBER: |
|---|---|---|---|

**Intake Refused?** ☐Yes ☑No
**Most Recent Incarceration:** ☐None   When? _____ Where? _____   ☐Interpreter Used   Name: _____
Have you ever been incarcerated here? ☐Yes ☐No   If yes, when? _____
Inmate Transfer? ☐Yes ☐No   If yes, records received? ☐Yes ☐No

**Primary Care Provider:** ☐None   Name: _____   **Private Insurance:** ☐None   Name: _____

## CRITICAL OBSERVATION

**Urgent/Emergent Medical Referral**
☐Yes ☑No Indication
☐Severe Injury ☐Life Threatening Illness ☐Uncontrolled Bleeding
☐Severe Pain ☐Head Trauma w/Mental Status Change
☐Other _____

**Responsiveness** — Oriented To
☐Alert   Person ☐Yes ☐No
☐Verbal Stimulus   Place ☐Yes ☐No
☐Painful Stimulus   Time ☐Yes ☐No
☐Unresponsive   Describe _____
☐Describe Responsiveness _____

**Urgent/Emergent Security Referral**
☐Yes ☑No
☐Uncooperative ☐Threatening
☐Other _____

**Urgent/Emergent Mental Health Referral**
☑Yes ☐No
Reason _____
☐Active Hallucinations ☐Active Delusions
☐Actively Suicidal
☐Other _____

**Communicable Diseases: Possible**
MRSA ☐Yes ☐No
Varicella (Chicken Pox) ☐Yes ☐No
Herpes Zoster (Shingles) ☐Yes ☐No
Lice/Pediculosis ☐Yes ☐No
Jaundice ☐Yes ☐No
Needle marks ☐Yes ☐No
Other _____

**Mobility Restrictions**
☐Yes ☐Deformity ☐Cast ☐Paraplegic
☑No ☐Amputation ☐Splint ☐Quadriplegic
☐Other _____

**Physical Aids** ☐Yes ☐Wheelchair ☐CPAP
☑No ☐Crutches/Canes
☐Other _____

**Deaf** ☐Yes ☑No
☐Right ☐Left ☐Both

**Blind** ☐Yes ☑No
☐Right ☐Left ☐Both

## VITAL SIGNS   ☐One or more vital signs refused

| Height | Weight | Temperature | Blood Pressure *(Recheck, if indicated)* | Pulse ☐A☐P | Respirations | Pulse Ox | Finger Stick | Peak Flow |
|---|---|---|---|---|---|---|---|---|
| ☐Act ☐Rptd | ___ lbs ☐Act ☐Rptd | | Initial ___ Recheck* ___ | Initial ___ Recheck* ___ | Initial ___ Recheck* ___ | Initial ___ Recheck* ___ | Initial ___ Recheck* ___ | Initial ___ Recheck* ___ |

## HISTORY

**Recent Major Surgical History (within 90 days)**
☐Yes ☐No
☐Bro'n Surgery ☐Heart Surgery
☐Abdominal Surgery ☐Other _____

**Recent Medical Hospitalizations (within 90 days)**
☐Yes ☐No
If yes, describe _____

**Ever had a transplant?** ☐Yes ☐No
☐Kidney ☐Other _____
Current medication for organ transplant? ☐Yes ☐No

**Female History** ☑N/A
Date of Last Menstrual Period? _____
Are you currently pregnant? ☐Y ☐N ☐Maybe / Don't Know
Pregnancy Test Result ☐Pos ☐Neg ☐Scheduled ☐N/A
Fingerstick Result (if pregnancy test positive) _____
Have you delivered, had a miscarriage,
or abortion in the past 12 weeks? ☐Y ☐N

Pregnancies
Full Term _____
Last Pregnancy? _____
Premature _____
Abortions _____
Last abortion? _____
Living _____

Pap Smear ☐Unknown ☐None
Date of last _____
Result ☐Normal ☐Abnormal ☐Don't Know
Mammogram ☐Unknown ☐None
Date of last _____
Result ☐Normal ☐Abnormal ☐Don't Know

## PRE-ADMISSION MEDICATIONS   ☐None ☐Unknown ☐See Attached Form

| NAME | DOSE | SIG | ROUTE | LAST DOSE | REASON | VERIFIED |
|---|---|---|---|---|---|---|
| Abilify | 15mg | | po | 2-3 months ago | prevent schizophrenia | ☐ |
| | | | | | | ☐ |
| | | | | | | ☐ |

## ALLERGIES -- Do you have any allergies (food, medication, environmental)? ☐Yes ☐No   ☐See Attached Form

| ALLERGY | REACTION TYPE (Hives, Rash, SOB, Anaphylaxis, Shock) | ALLERGY | REACTION TYPE (Hives, Rash, SOB, Anaphylaxis, Shock) |
|---|---|---|---|
| | | | |

© 2010 · Prison Health Services, Inc. · All Rights Reserved.   60112.3-50806   Rev. 12/09

CONFIDENTIAL   CORIZON003377

Exhibit 65 - Page 14 of 27
Decl'l of JTD

| ALCOHOL USE | TOBACCO USE | SUBSTANCE/DRUG USE |
|---|---|---|
| Do you drink alcohol? ☐ Yes ☐ No<br>What? _____<br>Last Use? _____<br>How much? _____<br>How often? _____<br>Excessive Drinker? ☐ Yes (CIWA) ☐ No<br>Ever had alcohol withdrawals, tremors, seizures, or DT's associated with stopping alcohol? ☐ Yes (CIWA) ☐ No<br>If yes, when? _____ | Do you smoke?<br>☐ Current ☐ Former ☐ Never<br>Amount? _____ packs/day<br>How long? _____ | Do you use drugs? ☐ Yes ☐ No<br>Do you use injectable drugs? ☐ Yes ☐ No   Last use of injectable drugs? _____<br>    How often?   How much?   Last use?<br>☐ Heroin _____ _____ _____ ☐ Hx of withdrawal<br>☐ Narcotics _____ _____ _____ ☐ Hx of withdrawal<br>☐ Benzodiazepines _____ _____ _____ ☐ Hx of withdrawal<br>☐ Methamphetamines<br>☐ Cocaine<br>☐ Other _____ |

### COMMUNICABLE DISEASES

| Hepatitis | STD's | HIV/AIDS |
|---|---|---|
| Have you ever had hepatitis? ☐ Yes ☐ No<br>Hep A? ☐ Yes ☐ No<br>Hep B? ☐ Yes ☐ No ☐ Hx of treatment<br>Hep C? ☐ Yes ☐ No ☐ Hx of treatment | Do you currently have an STD? ☐ Yes ☐ No<br>☐ Syphilis? ☐ Being Treated<br>☐ Gonorrhea? ☐ Being Treated<br>☐ Chlamydia? ☐ Being Treated<br>☐ Herpes? ☐ Being Treated<br>☐ Other? _____ ☐ Being Treated<br>Do you currently have symptoms? ☐ Yes ☐ No<br>Describe _____ | Do you have HIV infection or AIDS? ☐ Yes ☐ No<br>Are you currently taking medication(s)? ☐ Yes ☐ No |

| TB Symptoms | | | TB Skin Test | |
|---|---|---|---|---|
| Do you have?<br>Weight loss ☐ Yes ☐ No  Persistent Cough > 2 weeks ☐ Yes ☐ No<br>Night Sweats ☐ Yes ☐ No  Coughing Blood ☐ Yes ☐ No<br>Fever ☐ Yes ☐ No  Weak/Tired ☐ Yes ☐ No | | | Prior + PPD? ☐ Yes ☐ No ☐ Don't Know<br>Current TB medication? ☐ Yes ☐ No<br>Current LTBI medication? ☐ Yes ☐ No | Plant PPD Now? ☐ Yes ☐ No<br>If no, Reason _____<br>Location? ☐ LFA ☐ RFA<br>Date Planted _____  Planter's Initials _____ |

### CHRONIC ILLNESSES

| Asthma | Cardiovascular Disease (ask each question) | | | | | Cerebrovascular Disease |
|---|---|---|---|---|---|---|
| Do you have asthma? ☐ Yes ☐ No<br><br>How long? _____<br>Last episode of shortness of breath? _____<br>ER visit in last 60 days? ☐ Yes ☐ No<br>  If yes, when? _____<br>Hospitalization in last year? ☐ Yes ☐ No<br>  If yes, when? _____<br>Ever Intubated? ☐ Yes ☐ No<br>  If yes, when? _____<br>Currently on steroids? ☐ Yes ☐ No<br>Peak Flow {_____} | Have you ever had any of the following problems with your heart:<br><br>Angina? ☐ Yes ☐ No<br>Stents? ☐ Yes ☐ No<br>Heart Attack? ☐ Yes ☐ No<br>Bypass Surgery? ☐ Yes ☐ No<br>CHF? ☐ Yes ☐ No<br>Heart valve replacement? ☐ Yes ☐ No<br><br>Date of onset: _____<br>Comments | Atrial Fibrillation? ☐ Yes ☐ No<br>Pacemaker? ☐ Yes ☐ No<br>Internal Defibrillator? ☐ Yes ☐ No<br>Endocarditis? ☐ Yes ☐ No<br>Blood clot in lungs or legs? ☐ Yes ☐ No<br>Are you taking Warfarin, Coumadin, or Jantoven? ☐ Yes ☐ No<br><br>Last episode: | | | | Have you ever had a:<br>CVA (Stroke)? ☐ Yes ☐ No<br>When was last? _____<br>Within past year? ☐ Yes ☐ No<br>TIA (Mini-Stroke)? ☐ Yes ☐ No<br>When was last? _____<br>Within past year? ☐ Yes ☐ No<br>Comments |

| Diabetes | | |
|---|---|---|
| Have you ever had diabetes or a problem with high blood sugar? ☐ Yes ☐ No<br>How long? _____<br>Are you currently taking medication(s)? ☐ Yes ☐ No<br>Are you currently taking insulin? ☐ Yes ☐ No<br>Hospitalization in last year? ☐ Yes ☐ No<br>  If yes, when? _____ | Finger Stick<br>If Finger Stick > 300, ask the following<br>Nausea? ☐ Yes ☐ No<br>Vomiting? ☐ Yes ☐ No<br>Excessive thirst? ☐ Yes ☐ No<br>Urine Ketones (if testable) | {_____}<br><br><br><br>{_____} |

| Hypertension | Epilepsy/Seizure |
|---|---|
| Have you ever had high blood pressure or hypertension? ☐ Yes ☐ No<br>How long? _____<br>Are you currently taking medication(s)? ☐ Yes ☐ No | Have you ever had a seizure or convulsion? ☐ Yes ☐ No<br>Last Seizure? _____<br>Frequency greater than once a month? ☐ Yes ☐ No<br>Two or more anticonvulsants? ☐ Yes ☐ No |

| Gastrointestinal | | |
|---|---|---|
| Have you ever been treated for problems with stomach or bowels? ☐ Yes ☐ No | | |
| Have you ever vomited blood? ☐ Yes ☐ No  Frequency? _____  Last? _____  Comments _____ | | |
| Ever had dark, black stools from bleeding? ☐ Yes ☐ No  Frequency? _____  Last? _____  Comments _____ | | |
| Have you ever been told you have cirrhosis? ☐ Yes ☐ No  Comments _____ | | |

| Cancer | Dialysis | COPD/Emphysema |
|---|---|---|
| Have you ever had cancer? ☐ Yes ☐ No<br>Do you currently have cancer? ☐ Yes ☐ No ☐ Unknown<br>Are you currently being treated for cancer? ☐ Yes ☐ No | Are you currently on dialysis? ☐ Yes ☐ No<br>Are you receiving your dialysis treatments? ☐ Yes ☐ No<br>Type? ☐ Hemodialysis ☐ Peritoneal<br>Number of times per week? _____<br>Last dialyzed? _____ | Do you have COPD or emphysema? ☐ Yes ☐ No<br>O2 dependant? ☐ Yes ☐ No<br>Peak Flow {_____} |

| Other Current Significant Medical Conditions: | Referral Needed? ☐ Yes ☐ No |
|---|---|

© 2010 · Prison Health Services, Inc. · All Rights Rese    60112.3-90206    Rev. 12/09

CONFIDENTIAL

CORIZON003378

Exhibit 65 - Page 15 of 27<br>Dec'l of JTD

## MENTAL HEALTH

| | | | |
|---|---|---|---|
| Do you have a history of a mental health disorder? | ☑ Yes ☐ No | Have you been diagnosed with schizophrenia? | ☑ Yes ☐ No |
| Have you been diagnosed as bipolar? | ☐ Yes ☐ No | Have you been diagnosed with major depression? | ☐ Yes ☐ No |
| Do you feel hopeless or helpless? | ☐ Yes ☐ No | History of psychotropic medication(s)? ☐ Yes ☐ No | History of psych hospitalization? ☐ Yes ☐ No |
| | | | Within last year? ☐ Yes ☐ No ~ 1½ yrs ago |
| History of hearing things? ☑ Yes ☐ No | History of seeing things? ☐ Yes ☑ No | Are you thinking about hurting yourself? ☐ Yes ☐ No | |
| Family/friends history of suicide? ☐ Yes ☐ No | Recent significant loss? ☐ Yes ☐ No | History of suicide attempt(s)? ☐ Yes ☐ No Last attempt ____ | |
| | | Are you thinking about suicide now? ☐ Yes ☐ No | |
| Are you thinking about hurting others? ☐ Yes ☐ No | Ever hospitalized from head trauma? ☐ Yes ☐ No | | |
| History of: Special education placement? ☐ Yes ☐ No | Learning disability? ☐ Yes ☐ No | Developmental disability? ☐ Yes ☐ No | Mental retardation? ☐ Yes ☐ No |
| History of violent behavior? ☐ Yes ☐ No | History of victimization? ☐ Yes ☐ No | History of sex offenses? ☐ Yes ☐ No | |

## EXAMINATION

| General Appearance | ☐ NAD | ☐ Appears Hydrated | ☐ Other |
|---|---|---|---|

| Oral Screening | | Describe | Skin | | Describe |
|---|---|---|---|---|---|
| ☐ Unremarkable | ☐ Missing Teeth | ☐ Swelling | Visible skin exam? ☐ Yes ☑ No | | |
| ☐ Abscesses | ☐ Cavities | ☐ Other | ☐ Unremarkable | ☐ Surgical Scars ☐ Jaundice | |
| ☐ Lesions | ☐ Dentures Loose | | ☐ Open Lesion(s) | ☐ Rash ☐ Pallor | |
| | | | ☐ Sores | ☐ Tracks ☐ Other | |
| | | | ☐ Lacerations | ☐ Tattoos | |

## DISPOSITION

| Placement | Referral | | Notification |
|---|---|---|---|
| ☐ GP | ☐ Isolation: Reason | ☐ H & P ☐ Routine ☐ Expedited | ☑ Mental Health Referral ☑ Routine ☐ Expedited | ☐ Immediate Supervisor |
| ☐ Infirmary | ☐ Observation | ☐ Nursing Sick Call ☐ Routine ☐ Expedited | ☐ Chronic Care Clinic ☐ Routine ☐ Expedited | ☐ MD/NP/PA On Call |
| ☐ Suicide Watch ☑ Other _Secy_ | ☐ MD/NP/PA Sick Call ☐ Routine ☐ Expedited | ☐ Dental Referral ☐ Routine ☐ Expedited | ☐ ER For Transport |

| Consent for Treatment Signed | Access to Care Reviewed | Grievance Process Explained |
|---|---|---|
| ☐ Yes ☐ No Reason | ☐ Yes ☐ No Reason | ☐ Yes ☐ No Reason |

## ADDITIONAL COMMENTS

Pt interviewed in seg cell. Per DS pt has been unintelligible was
spoken to, has been pacing in cell telling and gesticulating.
Unable to obtain VS due to unpredictable nature of pt's mental
condition. When spoken to pt not "all there" by states was
dx'd with paranoid schizophrenia and has been on multiple
meds, most recently _Abilify_ (?). Pt states was hospitalized
~1½ months ago here. Pt unable to name any mhl he has
seen. Pt denies having schizophrenia and states he does not
want to take his meds. P. will have pt sign consent for Johnson
Unit if he stays. —

| My information is correct and I accept the provision of medical, dental, and mental health care. | | | |
|---|---|---|---|
| Patient's Signature | Alison Tharp PN | Interviewer's Signature | Date 12, 20, 12 |
| | Interviewer's Name (Print) | | |
| Secondary Review (if indicated) | Name (Print) | Signature | Date ___/___/___ |

© 2010 · Prison Health Services, Inc. · All Rights Reserved    60112 3-90806    Rev 12/09

CONFIDENTIAL

CORIZON003379

Exhibit 65 - Page 16 of 27
Dec'l of JTD

## C⊘RIZON
### General Consent to Medical Services

| PATIENT INFORMATION | | |
|---|---|---|
| Patient Name: | Date of Birth:    /    / | SSN: |

**CONSENT TO TREATMENT**

I do hereby authorize my health care provider to provide me with general clinical and emergency care.

My health care provider, mental health and dental staff will use clinical and patient management techniques that are reasonable, necessary and advisable.

Separate informed consent will be required for specific procedures.

In the event that a staff member is exposed to my blood or other bodily fluids, I agree to have my blood drawn and tested for Hepatitis B Virus (HBV), Hepatitis C virus (HCV), and the human immunodeficiency virus (HIV). I understand that this testing would be done in a confidential manner, and would be made available only to the person (and physician responsible) who was exposed.

**CONSENT FOR USE & DISCLOSURE OF HEALTH INFORMATION**

I understand that, by signing this consent form, I am giving my consent to the use and disclosure of my protected health information as described on the Notice of Privacy Practices to carry out treatment, payment activities and health care operations.

**SIGNATURE**

Signature: _____

Printed: _____

_____/_____/_____          _____    _____
Date                                        Time      AM/PM

**INTERVIEWER**

_____          _____/_____/_____
Signature                                                    Date

_____          _____    _____
Printed/Stamped                                          Time      AM/PM

℗ 2011 Corizon, Inc. All rights reserved.

CONFIDENTIAL

CORIZON003380

Exhibit 65 - Page 17 of 27
Dec'l of JTD

# TRANSPORT REPORT
## Lane County Sheriff's Office

☒ Mental   ☒ Prisoner   ☐ Fed Prisoner

| 1. RELATED REPORTS: | |
|---|---|
| ☐ Incident | Page __1__ of __1__ |
| ☐ Accident | 2. Case Number: |
| ☐ Custody | 13-0686 |
| ☐ Citation | 3. Source |
| ☐ Prop. / Evidance | assign |
| ☐ Supplemental | |

**PERSON**

| 4. Last Name | First | Middle | Inmate #: | 5. DOB | 6. Age | 7. Gender |
|---|---|---|---|---|---|---|
| Green | Kelly | Conrad II | 1524456 | 05/21/1985 | 27 | Male |

| 8. AKA | 9. Height | 10. Weight | 11. Hair | 12. Eyes |
|---|---|---|---|---|
| | 507 | 145 | Bro | Hzl |

| 13. Residential Address | 14. City | 15. State | 16. Zip |
|---|---|---|---|
| Transient | | | |

| 17. ☒ ILL | | |
|---|---|---|
| 18. ☒ INJURED | 19. Describe | Self Inflicted Injuries/3rd party release |

**TRANSPORT**

| 20. DEPART FROM: Address / ☐ Lane County Jail | City | State | Zip | Date | Time |
|---|---|---|---|---|---|
| 101 West 5th | Eugene | Or | 97401 | 02/12/2013 | 1700 |
| 21. ARRIVE AT: | City | State | Zip | Date | Time |
| 3333 Riverbend dr | Spfd | Or | 97477 | 02/12/13 | 1710 |
| 22. DEPART FROM: | City | State | Zip | Date | Time |
| 3333 Riverbend dr | Spfd | Or | 97477 | 02/12/13 | 1915 |
| 23. ARRIVE AT: Address / ☑ Lane County Jail | City | State | Zip | Date | Time |
| 101 WEST 5TH AVENUE | EUGENE | OR | 97401 | 02/12/13 | 1930 |

24. Notes or Special Instructions:

**PROPERTY**

| No. | Qty | 25. Item | 26. Brand | 27. Model / Size / Color | 28. Serial No. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Narrative**

On the above listed date/time I transported Green (Via Medic 10) to Riverbend ER for treatment of self inflicted injuries sustained while in custody at LCAC.

Green was released to his father (Kelly Green 971-533-9278) via 3rd party release and provided a citation to appear in Eugene Muni. Court.

I returned to LCAC withou incident.

| 29. Transporting Officer / Radio Number: | 30. Date / Time Prepared | 31. Approved By / Radio Number: |
|---|---|---|
| Robb Ralph #149    41161 | 02/12/13/ 2220 | |

Form C77-335 Updated 8/2012

CONFIDENTIAL

CORIZON003381

Exhibit 65 - Page 18 of 27
Dec'l of JTD

# C⦿RIZON

## PROGRESS NOTES

| Date/Time | Inmate's Name: Green, Kelly  152456  D.O.B.: 5/21/85 |
|---|---|
| 12/21/12 1825 | Bl sisters sandy Pulver phone (206) 498-1814 Report Bl is schizophrenic hasn't taken meds for 4 months Bl was last seen at Western State Hospital in Tillicum WA — Plat w |
| 12/22/12 2030 | Bl sign release for Western State Hospital and is p faxed ————— Plat w |
| 1-2-13 0840 | Pt called to clinic for 14 day/IWP physical. RN informed by Security staff that patient is inappropriate for clinic and will remain inappropriate as long as pt is housed in segregation. Security staff also informed RN that doing a physical on tier is not safe at this time. ———— McampbellRN |
| 2/12/13 | Called Code 3 Medical to Visiting/Court. |

(S) IM BECAME UPSET ʒ LEARNING NEWS, TURNED + RAN HIS HEAD INTO THE WALL. THIS WAS WITNESSED NO LOC. NO PARALYSIS  Pt ʒ SIGNIFICANT H/X FOR MENTAL ILLNESS

(O) 1 28/84 p 72
Pt's Mental baseline according to Witnesses, IS APPROPRIATE). HE IS NOT TOTALLY AWARE OF HIS SURROUNDINGS. CAN ANSWER THE SIMPLE QUESTION. BUT IS NOT APPROPRIATE. FOLLOW ʒ

60111 (6/85)                    Complete Both Sides Before Using Another Sheet

CONFIDENTIAL                    CORIZON003382

Exhibit 65 - Page 19 of 27
Dec'l of JTD

| Date/Time | Inmate's Name: GREEN, KELLY 152456 | D.O.B.: 05121 185 |

2/12/13
Cont...

SIMPLE COMMANDS, BUT IS DIFFICULT TO FOLLOW).
STATES HE IS "PARALYZED" BUT IS MOVING ALL
EXTREMITIES. ALSO STATES HE CAN'T HEAR ME
BECAUSE HIS "EARS ARE PARALYZED".
3" LACERATION @ CROWN. ANOTHER LAC IS 2"
          RUNNING PARALLEL. @ BONEY FX OR
     (1') ABNORMALITY. C-SPINE HOLD / SUPPORTED
DURING EXAM. CLEARED BY MYSELF X BONEY
DEFORM. LIP ̄c FROM. FACE ̄s TRAUMA.
PUPILS SLIGHTLY REACTIVE TO LIGHT. EQUIT BILAT,
̄c DIFFICULTY TRACKING (LAZY EYE) ON (R)
(BASELINE FOR PT). @ DENTAL / NASAL TRAUMA
SCALP BLEEDING CONTROLLED ̄c PRESSURE.
BKR2 LUNGS CTAB. NEUROVASC GROSSLY INTACT.
PT TRANSPORTED TO CLINIC FOR FURTHER EXAM &
LAC REPAIR.
PROCEDURE  - STERILE TECHNIQUE
     LIDOCAINE FOR ANESTHESIA  IRRIG ̄c STERILE H2O
5 SIMPLE INTERRUPTED SUTURES SUTURED IN (P) LAC
     30 ETHILON. EDGES NICELY APPROXIMATED
7 SI SUTURES IN (L) LAC. EDGES APPROX. WELL.
HAIR TRIMMED AROUND WOUNDS.
BLEEDING CONTROLLED. PT TOLERATED PROCEDURE
WELL.
(A) SCALP LACS ̄c SURG. REPAIR
WILL CONT. NEURO CHECKS q 1-2°. PT TO BE
RELEASED. WILL RECOMMEND COURTESY DROP @ ER
FOR FURTHER/CONT. EVAL

CONFIDENTIAL

CORIZON003383

Exhibit 65 - Page 20 of 27
Dec'l of JTD

# C❍RIZON

## PROGRESS NOTES   15 24/4/56

| Date/Time | Inmate's Name: GREEN, KELLY CONRAD II    D.O.B.: 0524 185 |
|---|---|
| 2/10/13 1950 | At appx 1545, Pt seen in See @ DS Connell request. Upon entering cell pt seen in supine position. Pt slightly moved head toward door w this RN's arrival. Pt A&O X3: answers all orientation questions appropriately. States "I can't move" Pt verbally instructed to attempt to wiggle toes & fingers. Slight movement ② 2nd & 3rd toe visualized. Ø gross movement BLE visualized. Ø Gross or fine movement visualized BUE. Pt denies pain, numbness/tingling. Denies HA, N/V. Pt appears incontinent of bowel. White PA notified as pt states Pt seen by PA. Instructions received to send for transport to ER. At appx 1600, Chris RN obtained VS using minimal movement ® arm only. VS 84/60, 42, 14, 95%RA. PA notified @ Appx 1610, awaiting EMT transport. Report given to EMTs upon arrival. Pt transported to ER SHERB ———— cw |
| 2/11/13 | ⑤ CALLED TO EVAL PT IN SEG. HE IS IN NAD. DENIES PAIN. HE TURNS HIS HEAD TOWARDS ME. MAKING EYE CONTACT. LYING SUPINE. CONTINUES TO STATE THAT HE "CAN'T MOVE" |
| | ⑥ HYPOTENSIVE, BRADYCARDIC. SEE SPECIFIC VS ABOVE. CLEARLY MORE ALERT, ABLE TO ANSWER QUESTIONS. SIGNIFICANTLY ↓ SENSATION IN HANDS & FEET. IS MOVING THEM MINIMALLY, BUT IS UNABLE TO SQUEEZE MY FINGERS OR USE HIS FEET TO PUSH AGAINST RESISTANCE. ABD S/NT/ND. HEAD |

60111 (6/85)                    Complete Both Sides Before Using Another Sheet

CONFIDENTIAL

Exhibit 65 - Page 21 of 27
Dec'l of JTD

1524/56

| Date/Time | Inmate's Name: GREEN, KELLY CONRAD II   D.O.B.: 051 2/185 |
|-----------|-----------|
| 2/12/13 CONT. | WOUNDS CLOSED, BLEEDING CONTROLLED. MOVING HEAD & NECK ⊽ APPARENT DISCOMFORT |
| | (A/P) HEAD TRAUMA - SUTURE REPAIRS |
| | NO EVIDENCE OF CEREBRAL HEMORRHAGE. |
| | DIMINISHING SENSATION & STRENGTH IS CONCERNING |
| | FOR POSSIBLE CERVICAL INJURY. WILL SEND |
| | TO ER FOR FURTHER EVAL. |
| | |
| 2/12/13 1552 | Called to Seg/Med to assist ⊽ cleanup d/t IM w/cont O/cers. Pt c/o on bed @ head bruised @ cheek bruised w/rip arms/fingers slightly. C/o neck pain. Cleaned periarea as good as possible. Seg called ⊽ assistance from Sharon Fagan & DS Carrell. Torniq (disposable) placed on him. Awaiting EMS arrival. |

CONFIDENTIAL

CORIZON003385

Exhibit 65 - Page 22 of 27
Dec'l of JTD

# C⬦RIZON
## Mental Health Progress Note

### DEMOGRAPHICS

| | |
|---|---|
| Facility Name: LANE COUNTY JAIL | Inmate Number: 1524456 |
| Inmate Name: GREEN KELLY | Date of Birth: 5/21/85 |
| Today's Date: 12/31/12   Time Seen: (AM)/PM | Sex: (X) Male ○ Female |

### MEDICATIONS

Current Medications *(all)*:

Med Complaint: ○ No ○ Yes:          Side Effects: ○ No ○ Yes:
Labs Ordered: ○ No ○ Yes   Previous Labs Reviewed: ○ No ○ Yes   Lab Results:
  & ABILIFY

### MENTAL STATUS EXAM

SUBJECTIVE  Inmate Comments/Chief Complaint:  "I HAVE NO PARANOIA OR VOICES" (FAMILY REPORTS HE HAS SCHIZOPHRENIA).  HOMELESS 5-6 MONTHS, USED TO LIVE W/ WA (ACKNOWLEDGED DX OF SCHIZO AND BEING ON SSI).
  & MARIJUANA — "I HAVE A LOT OF FUN SMOKING"

OBJECTIVE  Mental Status: Orientation: Person: (X)Yes ○No  Place:(X)Yes ○No  Time:(X)Yes ○No  Situation:(X)Yes ○No
Insight: (X)Poor · ○Fair  ○Good          Judgment: (X)Poor  ○Fair   ○Good
Appearance Behavior (check all that apply):☐ Adequate grooming and hygiene  ☐ Calm and Cooperative  ☐ Normal social rhythm
☐ Angry/Agitated  (X) Guarded  ☐ Other:
Sleep:  ○Poor  (X)Fair  ○Good       Appetite:  ○Poor  (X)Fair  ○Good
Mood/Affect (check all that apply): ☐ Stable affect/unremarkable & mood congruent   (X) Flat      ☐ Expansive
☐ Euthymic Mood  ☐Dysphoric Mood  ☐Other:  VACANT GAZE
Speech (check all that apply):  ☐ Unremarkable  ☐ Pressured  ☐ Loud  (X) Soft spoken  (X) Difficult to interrupt
☐Other:  ODD
Abnormal Movements: (X)No ○Yes:
Thought Form (check all that apply): ☐ Goal directed  ☐ Logical  ☐ Coherent  ☐ Circumstantial  ☐ Perseverative
☐ Obsessional  (X) Loosely associated  (X) Tangential  (X) Fragmented  ☐ Other:
Thought Content (check all that apply):  ☐ No evident psychosis  (X) Delusional content  ☐ Flight of ideas
☐ Ideas of reference  (X) Auditory hallucinations  ☐ Visual hallucinations  ☐ Paranoia
☐ Other:
Current Suicidal Ideation: (X)No ○Yes: Plan of Action:
Current Homicidal Ideation: (X)No ○Yes: Plan of Action:
☐ Additional notes on reverse.
Cognitive Functioning: ☐ No gross cognitive deficits apparent  ☐ Diminished ability to concentrate nearly everyday (cite objective
information to support, i.e. decline in work or school performance):  UNKNOWN.
☐ Other Findings:

ASSESSMENT  ○Stable    ○Minimal Improvement    ○Moderate Improvement    ○Unchanged from last F/U
○Other: MENTALLY ILL MAN LIVING IN DENIAL OF HIS SPMI AND USING SUBSTANCES THAT
  POTENTIOUSLY EXACERBATE SYMPTOMS.
Diagnosis: SCHIZOPHRENIA, PARANOID TYPE (BY SELF-REPORT)
Diagnosis Changed: ○No ○Yes:
PLAN  ○Referral to Other MH Services or MH Clinician: (Specify)  REFUSED  DX
Ongoing Patient Education about medications and illness ○No ○Yes:
Plan for continued mental health treatment:  AS NEEDED

Next appointment:        ☐Days  ☐ Weeks  ☐ Months                    ☐Continued on back

Mental Health Staff Signature  MA-LPC          Name (print)    Jacob Pleich, M.A. LPC
                                                                Mental Health Specialist

CONFIDENTIAL                              CORIZON003386

Exhibit 65 - Page 23 of 27
Dec'l of JTD

# C⊘RIZON
## Mental Health Progress Note

### DEMOGRAPHICS

| | |
|---|---|
| Facility Name: _Lane County Jail_ | Inmate Number: _1524456_ |
| Inmate Name: _Green Kelly_ | Date of Birth: _5/1/85_ |
| Today's Date: _1/3/13_   Time Seen: _(AM) PM_ | Sex: ☒ Male   ☐ Female |

### MEDICATIONS

Current Medications *(all):* _____

Med Complaint: ○No ○Yes:____   Side Effects: ○No ○Yes:____
Labs Ordered: ○No ○Yes   Previous Labs Reviewed: ○No ○Yes   Lab Results:____

### MENTAL STATUS EXAM

**SUBJECTIVE** Inmate Comments/Chief Complaint: _" Stop Looking At Me Like Im Mentally Ill " ... Says He Can Tell How Im Judging Him. Confused Thinking._

**OBJECTIVE** Mental Status: Orientation: Person: ☒Yes ○No  Place: ☒Yes ○No  Time: ☒Yes ○No  Situation: ☒Yes ○No
Insight: ☒Poor  ○Fair  ○Good        Judgment: ☒Poor  ○Fair  ○Good
Appearance Behavior (check all that apply):☐ Adequate grooming and hygiene  ☒ Calm and Cooperative  ☐ Normal social rhythm
☐ Angry/Agitated  ☒ Guarded  ☐ Other: _ODD/Bizarre_
Sleep: ○Poor  ○Fair  ☒Good        Appetite: ○Poor  ☒Fair  ○Good
Mood/Affect (check all that apply): ☐ Stable affect/unremarkable & mood congruent  ☒ Flat  ☐ Expansive
☐ Euthymic Mood  ☐ Dysphoric Mood  ☐Other:____
Speech (check all that apply): ☒ Unremarkable  ☐ Pressured  ☐ Loud  ☐ Soft spoken  ☐ Difficult to interrupt
☐ Other:____
Abnormal Movements: ☒No  ○Yes:____
Thought Form  (check all that apply): ☐ Goal directed  ☐ Logical  ☐ Coherent  ☒ Circumstantial  ☐ Perseverative
☐ Obsessional  ☐ Loosely associated  ☐ Tangential  ☒ Fragmented  ☐ Other:____
Thought Content  (check all that apply): ☐ No evident psychosis  ☐ Delusional content  ☐ Flight of ideas
☐ Ideas of reference  ☐ Auditory hallucinations  ☐ Visual hallucinations  ☐ Paranoia
☐ Other: _Denies Psychotic Features, But Is Historically Mentally Ill._
Current Suicidal Ideation: ☒No ○Yes: Plan of Action:____
Current Homicidal Ideation: ☒No ○Yes: Plan of Action:____
☐ Additional notes on reverse.
Cognitive Functioning: ☐ No gross cognitive deficits apparent  ☒ Diminished ability to concentrate nearly everyday (cite objective
information to support, i.e. decline in work or school performance) _Unknown_
☐ Other Findings:____
**ASSESSMENT** ○Stable  ○Minimal Improvement  ○Moderate Improvement  ○Unchanged from last F/U
○ Other:____

Diagnosis: _R/O Psychotic Disorder, NoS_
Diagnosis Changed: ☒No ○Yes:____
**PLAN** ○Referral to Other MH Services or MH Clinician: (Specify)____
Ongoing Patient Education about medications and illness ○No ○Yes:____
Plan for continued mental health treatment: _As Needed_

| Next appointment: | ☐Days | ☐Weeks | ☐Months | ☐Continued on back. |
|---|---|---|---|---|

_Mo-18C_
Mental Health Staff Signature                    Name (print)    Jacob Pleich, M.A., LPC
                                                                  Mental Health Specialist

Exhibit 65 - Page 24 of 27
Dec'l of JTD

## CøRIZON
### Mental Health Evaluation Tools (METS): Suicide Watch Status

**DEMOGRAPHICS:**

| Inmate Name: GREEN KELLY | Birthdate: 5 / 21 / 85 |
|---|---|
| Last    First    MI | |
| Facility: LANE COUNTY JAIL | Inmate Number: 1524456 |
| Date of Report: 1/12/13 | Time Seen:    AM (PM) |

**SUBJECTIVE:**

Chief Complaint: "I JUST WANT TO DIE" ... "SO MANY THINGS GONE WRONG LAST 1.5 YRS. I CANT MOVE".

Coping Strategies Expressed: NONE

Onset: UNKNOWN ; CURRENT M.H. ISSUES LASTING 6T 2SOST LAST 2t MONTHS (IN CUSTODY)

History of Suicidal and Self-Injurious Behaviors: UNKNOWN; HISTORY OF SUICIDE WATCHES
☐ Check here if additional notes on back

**OBJECTIVE: Mental Status:**

| | | | |
|---|---|---|---|
| Appearance / Behavior: | ☐ Adequate grooming & hygiene | ☐ Normal social rhythm | ☐ Calm & cooperative |
| | ☐ Angry & agitated | ☑ Other: DISORIENTED ; | ☐ Other: CATATONIC / MOTIONLESS |
| Mood / Affect: | ☐ Euthymic mood | ☑ Dysphoric mood | ☐ Stable affect |
| | ☐ Other: | | |
| Speech: | ☐ Normal | ☐ Pressured | ☑ Difficult to interrupt |
| | ☐ Other: | | |
| Thought Form: | ☐ Goal directed | ☑ Circumstantial | ☐ Perseverative |
| | ☐ Obsessional | ☑ Loosely associated | ☐ Tangential |
| | ☐ Illogical | ☑ Fragmented | |
| Thought Content: | ☐ Delusional content | ☑ Flight of ideas | ☐ Auditory hallucinations |
| | ☐ Visual hallucinations | ☑ Other: UNKNOWN OTHER SX. | |
| Cognitive Functioning: | ☐ No gross cognitive deficits apparent | ☐ Other findings: (M/ensD) | |

| | Observed | | Offender Reported | | |
|---|---|---|---|---|---|
| | Y | N | Y | N | |
| Current suicide ideation, threats, behavior, or plan | Ø | O | Ø | O | ⊛ ATTEMPTED |
| Current self-injurious ideation, threats, behavior, or plan | Ø | O | Ø | O | TO KILL HIMSELF |
| Delusional ideation | Ø | O | O | Ø | BY RUNNING INTO |
| Psychotic symptoms | Ø | O | O | Ø | CONCRETE WALL, |
| Agitation, anxiety, or tension | O | Ø | O | Ø | HEAD-FIRST. |
| Depressive symptoms | (Ø) | Ø | O | Ø | |
| Deterioration in appearance, self-care or hygiene* | Ø | O | O | O | *Unless restrictions due to suicide watch |
| Disoriented to person, place, time, and situation | Ø | O | O | O | |
| Uncooperative with assessment | O | Ø | O | O | ? |
| Other: | O | O | O | O | |

All "yes" responses require further evaluation by a mental health professional before terminating suicide watch status.
Suicide risk increases where there is a specific plan, strong intent, and a history of previous attempts.

**ASSESSMENT:**

Provisional Diagnosis: PSYCHOTIC DISORDER NOS ; R/O SCHIZOPHRENIA PARANOID TYPE (BY FAMILY HX)

☐ Referral NOT REQUIRED

☑ Further evaluation REQUIRED due to the following: UNSTABLE; ACTIVELY SUICIDAL

Comment: You should contact a psychiatrist and/or the Mental Health Program Coordinator/Director if you have concerns about the status of the patient or are unsure of the appropriate treatment recommendations.

**PLAN:**

Check all that apply: ☑ Remain on suicide watch status    ☑ Psychiatry referral

☐ Remove from suicide watch status & initiate step down procedures    ☐ Behavior management plan developed

☐ Referral to other MH Services: _____    ☐ No current intervention/recommendation indicated

☐ Patient education _____    ☐ Other: _____

| _____ | _____ | Jacob Pleich, M.A. LPC |
|---|---|---|
| Mental Health Staff Signature | Title | Mental Health Specialist |
| | | Print/Stamp |

© 2012 Corizon, Inc. All rights reserved.

CONFIDENTIAL

CORIZON003388

Exhibit 65 - Page 25 of 27
Dec'l of JTD

CONFIDENTIAL

CORIZON003389

## CORIZON
### MEDICAL OBSERVATION/SEGREGATION LOG

**DEMOGRAPHICS**

| Facility Name: ICUC | Location: D-4 | Inmate Number: 524456 |
|---|---|---|
| Inmate Name: Green Kelly | Date of Birth: 5/21/85 | Sex: ☑ Male ☐ Female |
| Date of Segregation: 12/29/12 | Date of Release from Segregation: 1/3/13 | |

**DOCUMENTATION**

| DATE | TIME | DESCRIBE CURRENT CONDITION: Awake, Sleeping, Agitated, Talkative, Hostile O.K., Happy, Depressed, Very Quiet, Etc. | ANY VERBAL HEALTH COMPLAINTS AS STATED BY INMATE | ANY SIGNIFICANT PHYSICAL FINDINGS | INITIALS |
|---|---|---|---|---|---|
| 2/31/2 | 1800 | lying on bunk | "none" | Ø | a |
| 1/1/13 | 0900 | lying on bunk - sleeping | Ø | Ø | PS |
| 1/1/3 | 2000 | lying on bunk | "no" | Ø | a |
| 1/2/13 | 0900 | lying on bunk | Ø | Ø | PS |
| 1/2/13 | 1330 | awake lying on bunk | "none" | Ø | a |
| 1.3.13 | 1000 | Awake. Sitting on bun | Ø | Ø | PS |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**UPON COMPLETION, PLACE IN MEDICAL RECORDS**

**SIGNATURE BOX**

| DATE | INITIALS | SIGNATURE/TITLE | DATE | INITIALS | SIGNATURE/TITLE |
|---|---|---|---|---|---|
| 12/31/12 | a | | | | |
| 1.1.13 | PS | | | | |
| 1.3.13 | ST | | | | |

© 2011 Corizon, Inc. All rights reserved

Exhibit 65 - Page 26 of 27
Dec'l of JTD

FOR OFFICE USE ONLY

SY   SN

Insurance _____
PHS PRE-CERT
#

**C⦿RIZON**
*Emergency Room Referral*

Date: __2__ / __12__ / __13__

From: __LCXC__
(Referring Physician/Institution)

Site Name: _____ Site # _____

To: __RIVERBEND__
(Consulting Physician/Address)

Bill direct to: _____

CORIZON
105 Westpark Dr., Suite 200
Brentwood, TN 37027

Attn:  Claims Dept.

Inmate's Name: __GREEN, KELLY CONRAD II__

Inmate's I.D. # __1524456__

Date of Birth: __05/21/85__

Social Security # ____ - ____ - ____

Written by: __K. WHITE AC__

UR Auth # _____

**PRISONERS PLAN ESCAPES!**

DO NOT inform prisoners of date/time of revisits
or impending hospitalization.

**ER PHYSICIANS:**  If hospital admission is recom-
mended, please notify PHS beforehand.

Name: _____

Phone: _____

REASON FOR REFERRAL: Include date of onset, present treatment, history of injury or illness, include all x-ray and lab results with consultation.

I/M. WHILE HANDCUFFED & ESCORTED BY DEPUTY. PURPOSELY HIT HIS HEAD ON THE WALL. HE WAS APPROX 2 FT from WALL BEFORE IMPACT. HE HAD 2 LARGE SCALP LACERATIONS WHICH ___BLEEDING PROFUSELY. C-SPINE HELD DURING EXAM. PT MOVING ALL LIMBS. NO ℅ NECK PAIN OR NUMBNESS. HE IS SCHIZOPHRENIC. MOVED TO CLINIC BY WC FOR SUTURES. 3 HRS LATER, HE ℅ ↓ SENSATION + MOVEMENT IN HIS EXTREMITIES

T _____ P _____ R _____ TO B/P _____

Financial Responsibility    AS WELL AS NECK PAIN. SENT ER, COURTESY DROP

BEING RELEASED

**PHYSICIAN'S REPORT**

Significant Findings, Including Tests Done: _____

Diagnosis: _____

Orders/Recommendations: _____

M.D. Signature _____ Date ___ / ___ / ___

CORIZON70062

(White - Health Record Copy, Yellow - Physician Copy)

CONFIDENTIAL

CORIZON003390

Exhibit 65 - Page 27 of 27
Dec'l of JTD