Elden M. Rosenthal, OSB No. 72217
elden@rgdpdx.com
John T. Devlin, OSB No. 042690
john@rgdpdx.com
Rosenthal Greene & Devlin, P.C.
121 SW Salmon St., Suite 1090
Portland, OR 97204
Telephone: (503) 228-3015
Fascimile: (503) 228-3269

Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| DEREK JOHNSON, personal representative of KELLY CONRAD GREEN II, deceased; KELLY CONRAD GREEN and SANDY PULVER<br><br>Plaintiffs,<br>v.<br><br>CORIZON HEALTH, INC., a Tennessee Corporation; LANE COUNTY, an Oregon county; DR. CARL KELDIE, an individual; DR. JUSTIN MONTOYA, an individual; VICKI THOMAS, an individual; KIRSTIN WHITE, an individual;; SHARON EPPERSON (née FAGAN), an individual, and JACOB PLEICH, an individual,<br><br>Defendants. | Civil Action No. 6:13-cv-01855-TC<br><br>**DECLARATION OF CHARLES PUGH, M.D., IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS CORIZON *ET AL.*** |

I, Charles Pugh, M.D., declare under penalty of perjury as follows:

1. I am a licensed physician, and served as the Corizon Site Medical Director in 2013 and 2014 at the Chatham County Jail in Savannah, Georgia.

Page 1 - DECLARATION OF CHARLES PUGH, M.D., IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS CORIZON *ET AL.*

2. As the Corizon Site Medical Director I was required by Corizon to submit all physician consults and emergency room transfer requests to the Regional Medical Director. During my tenure as Site Medical Director, I was constantly under pressure from my superiors in Corizon to minimize emergency room treatments and outside physician consults for jail inmates in order to save money.

3. Once or twice a week there were telephone conferences I was expected to attend with the Corizon Regional Medical Director regarding who was in the hospital and what was going on with patients in the hospital. There was a constant demand to monitor all hospitalizations, to avoid hospitalizations, to request prompt hospital discharges, and to minimize hospital stays.

4. In my experience working for Corizon, the company's constant efforts to reduce costs interfered with my ability, and with the staff's ability, to provide appropriate levels of care to inmates of the Chatham County Jail.

**I hereby declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED ON this 30th day of January, 2015.

_____
Charles Pugh, M.D.

# CERTIFICATE OF SERVICE

I hereby certify that I served true and correct copies of the foregoing:

1. DECLARATION OF CHARLES PUGH, M.D., IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS CORIZON *ET AL.*

    on the following:

| | |
|---|---|
| James Daigle | Sebastian Tapia |
| *Stewart Sokol & Larkin LLC* | *Lane County Counsel* |
| 2300 SW First Ave., Suite 200 | 125 East 8th Avenue |
| Portland, OR 97201 | Eugene, OR 97401 |
| jmdaigle@lawssl.com | Sebastian.tapia@co.lane.or.us |
| Of Attorneys for defendants. | Of Attorneys for defendants |

by the following method/s:

```
_____   mail with postage prepaid, deposited in the US mail at Portland, OR
   X     service made via electronic mailing and/or CM/ECF filing
_____   hand delivery
_____   facsimile transmission
_____   overnight delivery.
```

Dated this 17th day of February, 2015.

                              /s/ Elden M. Rosenthal
                              ELDEN M. ROSENTHAL, OSB No. 722174
                              JOHN T. DEVLIN, OSB No. 042690
                              Of Attorneys for Plaintiff