**Elden M. Rosenthal, OSB No. 72217**
elden@rgdpdx.com
**Michael A. Greene, OSB No. 802445**
mike@rgdpdx.com
**John T. Devlin, OSB No. 042690**
john@rgdpdx.com
Rosenthal Greene & Devlin, P.C.
121 SW Salmon St., Suite 1090
Portland, OR 97204
Telephone: (503) 228-3015
Fascimile: (503) 228-3269

Of Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| DEREK JOHNSON, personal representative of KELLY CONRAD GREEN II, deceased; KELLY CONRAD GREEN; and SANDY PULVER, <br><br> Plaintiffs, <br><br> v. <br><br><br> CORIZON HEALTH, INC., a Tennessee Corporation; LANE COUNTY, an Oregon county; DR. CARL KELDIE, an individual; DR. JUSTIN MONTOYA, an individual; VICKI THOMAS, an individual; KIRSTIN WHITE, an individual; SHARON EPPERSON (née FAGAN, an individual; and JACOB PLEICH, an individual, <br><br> Defendants. | Civil Action No. 6:13-cv-01855-TC <br><br><br> **PLAINTIFF'S DEPOSITION DESIGNATIONS** |

Plaintiffs hereby submit the following list of deposition designations that will be

offered as substantive evidence:

///

///

Page **1** of **25** –  **PLAINTIFF'S DEPOSITION DESIGNATIONS**

1.      **Bettie Allen (August 27, 2010)**

Page 4, line 13 – page 4, line 22.

Page 5, line 19 – page 6, line 22.

Page 26, line 23 – page 29, line 3.

Page 34, line 1 – page 34, line 4.

Page 36, line 13 – page 36, line 23.

Page 48, line 22 – page 51, line 21.

Page 68, line 21 – page 70, line 6.

Page 78, line 9 – page 79, line 9.

2.      **Guy Balcom (January 21, 2014)**

Page 5, lines 8 – 13.

Page 18, lines 13 – 17.

Page 24, lines 3 – 17.

Page 28, line 7 – page 29, line 6.

Page 31, lines 6 – 13.

Page 31, line 22 – page 33, line 6.

Page 43, lines 4 – 15.

Page 45, line 23 – page 46, line 12.

Page 51, line 6 – page 52, line 24.

Page 74, lines 14 – 24.

Page 82, lines 1 – 6.

Page 85, lines 6 – 12.

Page **2** of **25** –  **PLAINTIFF'S DEPOSITION DESIGNATIONS**

Page 93, line 21 – page 94, line 6.

Page 97, line 6 – page 98, line 9.

**3.   Jona Bourgard (April 16, 2014)**

Page 5, line 24 – page 6, line 10.

Page 10, lines 13 – 17.

Page 10, line 23 – page 11, line 9.

Page 13, lines 13 – 18.

Page 38, lines 2 – 15.

Page 41, line 22 – page 42, line 6.

Page 43, line 17 – page 44, line 16.

Page 48, line 17 – page 49, line 23.

**4.   Larry Brown (January 23, 2014)**

Page 5, line 8 – page 6, line 8.

Page 6, line 24 – page 7, line 5.

Page 8, lines 21 – 25.

Page 23, line 5 – page 24, line 17.

Page 31, lines 5 – 17.

Page 32, lines 7 – 9.

Page 55, line 3 – page 60, line 7.

Page 62, lines 5 – 25.

Page 63, lines 16 – 25.

Page 64, lines 20 – 25.

Page 65, lines 5 – 20.

Page 67, line 22 – page 68, line 1.

Page 75, lines 10 – 13.

Page 118, line 1 – page 119, line 1.

Page 124, line 25 – page 126, line 12.

**5.      Donald Burnette (February 27, 2014)**

Page 7, lines 9 – 24.

Page 8, line 17 – page 9, line 12.

Page 9, line 25 – page 10, line 8.

Page 13, lines 14 – 21.

Page 20, line 20 – page 21, line 10.

Page 22, lines 10 – 20.

Page 26, line 20 – page 28, line 2.

Page 32, line 10 – page 33, line 8.

Page 36, line 20 – page 37, line 2.

Page 38, line 13 – page 40, line 6.

Page 46, lines 8 – 20.

Page 48, line 2 – page 49, line 18.

Page 55, line 20 – page 56, line 3.

Page 58, lines 1 – 14.

Page 61, line 20 – page 62, line 9.

Page 63, lines 15 – 23.

Page 64, lines 21 – 24.

Page 66, line 18 – page 67, line 8.

Page 68, line 24 – page 71, line 2.

Page 84, lines 6 – 10.

Page 86, line 8 – page 88, line 5.

6.    **Dan Correll (January 23, 2014)**

Page 6, line 3 – page 7, line 18.

Page 15, line 7 – page 16, line 19.

Page 17, lines 9 – 12.

Page 18, line 8 – page 19, line 5.

Page 20, lines 5 – 12.

Page 24, lines 4 – 25.

Page 25, line 22 – page 28, line 1.

Page 41, lines 7 – 10.

7.    **Darreyl Davis (January 23, 2014)**

Page 5, lines 10-19.

Page 13, line 15 – page 17, line 14.

Page 18, lines 9 – 24.

Page 21, lines 16 – 20.

Pages 32, line 24 – page 33, line 8.

Page 40, lines 5 – 21.

Page 43, line 19 – page 44, line 4.

Page 46, line 20 – page 47, line 4.

**8.      David Deierling (April 18, 2014)**

Page 11, line 17 – page 12, line 3.

Page 13, lines 5 – 15.

Page 14, line 14 – page 15, line 21.

Page 55, line 20 – page 58, line 6.

**9.      Angela Dodds (January 28, 2014)**

Page 6, line 21 – page 7, line 1.

Page 7, line 16, - page 8, line 8.

Page 16, line 21 – Page 19, line 1.

Page 22, lines 1 – 4.

Page 25, line 18 – page 26, line 22.

Page 27, lines 12 – 15.

Page 33, lines 12 – 20.

**10.      Robert Dotson (January 21, 2014)**

Page 4, line 23 – page 5, line 14.

Page 10, lines 16 – 21.

Page 11, line 17 – page 12, line 3.

Page 19, lines 3 – 10.

Page 26, lines 13 – 16.

Page 27, lines 6 – 16.

Page 41, line 10 – page 42, line 2.

**11.      Sharon Epperson (née Fagan) (February 18, 2014)**

Page 5, lines 10-18.

Page 9, lines 13-25.

Page 83, line 22 – page 86, line 4.

Page 87, lines 16-24.

Page 88, lines 13-16.

Page 89, line 15 – page 100, line 6.

Page 102, line 2 – page 103, line 21.

Page 104, line 9 – page 105, line 10.

Page 106, line 10 – Page 108, line 5.

Page 108, line 16 – page 110, line 18.

Page 111, line 23 – page 112, line 2.

Page 112, line 18 – page 114, line 12.

Page 115, line 13 – page 117, line 5.

Page 118, lines 2 – 14.

Page 131, line 20 – page 132, line 5.

Page 136, line 16 – page 137, line 9.

Page 138, line 3 – page 140, line 22.

**12.      Ivor Garlick (October 14, 2014)**

Page 9, line 21 – page 10, line 1.

Page 15, line 14 – page 16, line 9.

Page 18, line 11 – page 20, line 23.

Page 22, lines 1 – 13.

Page 22, line 24 – page 23, line 5.

Page 26, line 14 – page 28, line 8.

Page 29, line 9 – page 30, line 9.

Page 52, lines 1 – 25.

Page 54, line 9 – page 55, line 4.

Page 55, lines 11-19.

Page 69, line 10 – page 71, line 8.

Page 78, line 6 – page 79, line 2.

Page 83, line 16 – page 86, line 13.

Page 88, line 11 – page 92, line 2.

Page 98, line 12 – page 99, line 9.

Page 102, line 1 – page 103, line 16.

Page 106, line 18 – page 108, line 16.

Page 115, line 7 – page 117, line 21.

Page 119, line 3 – page 123, line 15.

**13.    Richard Hallworth (February 11, 2015)**

Page 6, line 14 – page 7, line 9.

Page 8, line 20 – page 12, line 15.

Page 13, line 3 – page 14, line 13.

Page 15, line 8 – page 16, line 21.

Page 17, lines 4 – 6.

Page 17, lines 15 – 23.

Page 18, line 17 – page 19, line 7.

Page 20, lines 18-19.

Page 23, line 21 – page 24, line 16.

Page 26, line 1 – page 28, line 5.

Page 31, line 15 – page 32, line 3.

Page 39, line 8 – page 41, line 23.

Page 45, lines 6 – 13.

Page 48, line 22 – page 50, line 6.

Page 51, lines 4 – 12.

Page 54, line 14 – page 57, line 3.

Page 64, line 2 – page 69, line 6.

Page 70, line 7 – page 72, line 2.

Page 73, lines 7 – 19.

Page 74, line 19 – page 75, line 9.

**14.      Carl Keldie (March 6, 2014)**

Page 6, lines 1 – 4.

Page 7, lines 7 – 9.

Page 8, lines 23 – 25.

Page 13, lines 11 – 13.

Page 13, line 22 – page 14, line 23.

Page 15, line 11 – page 16, line 6.

Page 62, lines 17 – 19.

Page 68, line 24 – page 69, line 4.

Page 83, lines 14 – 17.

Page 84, line 11 – page 85, line 13.

Page 87, line 7 – page 88, line 25.

Page 89, line 17 – page 90, line 10.

Page 90, line 25 – page 91, line 8.

Page 91, line 16 – page 92, line 1.

Page 92, line 15 – page 94, line 8.

Page 97, lines 7 – 13.

Page 103, line 3 – page 104, line 11.

**15.    Jeremy Legg (May 13, 2014)**

Page 8, line 22 – page 10, line 13.

Page 20, line 21 – page 21, line 14.

Page 48, line 21 – page 49, line 5.

Page 57, line 23 – page 58, line 7.

Page 64, line 11 – page 64, line 25.

Page 65, line 12 – page 65, line 21.

Page 66, line 5 – page 67, line 18.

Page 74, lines 10 – 23.

Page 82, lines 11 – 17.

Page 89, line 15 – page 91, line 1.

Page 106, lines 2 – 11.

**16.    Justin Montoya (April 18, 2014)**

Page 5, lines 14 – 23.

Page 7, lines 8 – 16.

Page 11, lines 6 – 14.

Page 12, lines 7 – 9

Page 15, line 21 – page 16, line 1.

Page 19, lines 2 – 11.

Page 21, lines 3 – 10.

Page 49, lines 2 – 24.

Page 54, line 24 – page 55, line 21.

Page 56, lines 15 – 20.

Page 57, line 12 – page 58, line 3.

Page 59, lines 3 – 19.

Page 60, line 13 -- page 62, line 2.

Page 71, line 7 – page 72, line 9.

Page 76, line 23 – page 81, line 11.

Page 85, lines 11 – 25.

Page 91, lines 7 – 10.

Page 101, line 5 – page 103, page 5.

**17.    Justin Montoya (October 7, 2014)**

Page 112, lines 12 – 21.

Page 147, lines 3 – 15.

Page 149, line 9 – page 150, line 13.

Page 155, line 22 – page 157, line 22.

Page 161, line 20 – page 168, line 1.

Page 169, line 3 – page 170, line 14.

Page 174, line 1 – page 175, line 17.

Page 176, line 2 – page 177, line 12.

Page 177, line 21 – page 182, line 4.

Page 182, line 21 – page 183, line 18.

Page 184, line 24 – page 185, line 3.

Page 186, lines 3 – 13.

Page 186, line 19 – page 187, line 2.

Page 195, line 2 – page 196, line 6.

Page 201, lines 8 – 12.

Page 206, line 23 – page 210, line 2.

Page 212, line 7 – page 213, line 3.

Page 216, line 17 – page 217, line 13.

Page 217, lines 21 – 23.

Page 218, line 23 – page 219, line 20.

**18.**     **Tonya Mooningham (October 16, 2014)**

Page 6, line 2 – page 7, line 19.

Page 9, lines 13 – 24.

Page 11, lines 1 – 9.

Page 14, line 13 – page 15, line 7.

Page 17, lines 1 – 9.

Page 17, line 19 – page 18, line 3.

Page 25, lines 3 – 16.

Page 29, lines 1 – 12.

Page 30, lines 10 – page 31, line 20.

Page 32, lines 3 – 8.

Page 33, line 11 – page 36, line 4.

Page 39, lines 12 – 23.

Page 41, lines 10 – 21.

Page 54, lines 12 – 21.

Page 55, lines 2 – 7.

Page 60, line 5 – page 62, line 7.

**19.**     **Keri Nelson (January 21, 2014)**

Page 5, lines 1 – 10.

Page 9, line 23 – page 10, line 5.

Page 10, line 15 – page 11, line 6.

Page 12, line 8 – page 13, line 9.

Page 15, lines 19 – 25.

Page 16, line 10 – page 17, line 5.

Page 17, line 21 – page 18, line 11.

Page 26, line 14 – page 27, line 8.

Page 34, line 19 – page 35, line 9.

Page 40, line 23 – page 42, line 24.

Page 47, line 17 -- page 50, line 17.

Page 56, lines 10 – 22.

Page 60, lines 6 – 11.

Page 63, lines 2 – 15.

Page 64, line 25 – page 66, line 14.

Page 70, lines 21 – 23.

**20.    Harold Orr (November 11, 2014)**

Page 7, line 19 – 23.

Page 9, lines 6 – 11.

Page 20, lines 15 – 22.

Page 26, line 19 – page 27, line 10.

Page 30, line 24 – page 31, line 8.

Page 38, lines 15 – 20.

Page 41, line 11 – page 42, line 24.

Page 44, line 12 – page 45, line 11.

Page 47, line 1 – page 49, line 13.

Page 57, lines 17 – 23.

Page 62, line 24 – page 63, line 7.

Page 64, lines 8 – 15.

Page 68, line 19 – page 69, line 1.

Page 72, line 22 – page 73, line 9.

Page 74, line 19 – page 76, line 4.

Page 76, line 18 – page 77, line 2.

Page 80, line 17 – page 88, line 3.

Page 92, line 25 -- page 93, line 11.

Page 94, lines 6 – 13.

Page 96, line 18 – page 101, line 1.

Page 102, line 8 – page 104, line 11.

Page 105, lines 12 – 17.

Page 106, line 5 – page 107, line 15.

Page 125, lines 22 – 25.

Page 126, line 6 – page 128, line 19.

Page 139, lines 14 – 20.

Page 141, line 5 – page 142, line 14.

Page 142, line 23 – page 146, line 1.

Page 153, lines 1 – 22.

Page 163, line 14 – page 164, line 22.

21.    **Pastor Joseph (March 6, 2014)**

Page 5, lines 9 – 20.

Page 11, line 23 – page 12, line 13.

Page 56, lines 3 – 16.

Page 70, line 15 – page 71, lines 6.

Page 71, lines 18 – 25.

Page 72, lines 15 – 21.

Page 80, line 16 – page 84, line 22,

Page 89, line 23 – page 90, line 15.

Page 120, line 14 – page 121, line 1.

Page 132, line 13 – page 133, line 8.

Page 136, line 14 – page 138, line 17.

**22.    Richard Peters (February 25, 2014)**

Page 4, lines 8 – 23.

Page 6, lines 13 – 19.

Page 14, line 2 – page 15, line 1.

Page 21, line 23 – page 22, line 12.

Page 22, line 19 – page 23, line 16.

Page 29, line 24 – page 30, line 15.

Page 31, line 17 – page 34, line 12.

Page 38, lines 9 – 24.

**23.    Becky Pinney (May 13, 2014)**

Page 8, lines 4 – 12.

Page 10, lines 23 – 25.

Page 11, lines 21 – 23.

Page 22, line 8 – page 23, line 8.

Page 23, line 21 – page 24, line 5.

Page 33, line 2 – page 34, line 2.

**24.      Jacob Pleich (January 28, 2014)**

Page 14, lines 2 – 5.

Page 16, line 1 – page 18, line 20.

Page 37, line 20 – page 39, line 20.

Page 42, line 25 – page 43, line 21.

Page 45, lines 7 – 13.

Page 51, lines 19 – 25.

Page 73, line 20 – page 74, line 10.

Page 86, line 3 – page 87, line 8.

Page 88, lines 5 – 7.

Page 89, lines 14 – 25.

Page 90, lines 11 – 22.

Page 91, lines 6 – 13.

Page 103, lines 10 – 13.

Page 105, line 12 – page 106, line 2.

Page 106, line 18 – page 107, line 7.

Page 110, lines 6 – 13.

Page 113, pages 4 – 20.

Page 120, lines 1 – 13.

Page 121, line 23 – page 122, line 5.

Page 122, line 13 – page 123, line 3.

Page 126, line 9 – page 127, line 3.

Page 127, line 14 – page 128, line 4.

Page 129, line 25 – page 130, line 15.

Page 131, line 17 – page 132, line 10.

Page 134, line 16 – page 135, line 6.

**25.      Kelly Rahm (January 28, 2014)**

Page 5, lines 8 – 17.

Page 7, lines 11 – 23.

Page 9, lines 9 – 22.

Page 10, line 11 – page 11, line 1.

Page 13, line 10 – page 14, line 18.

Page 15, line 17 – page 16, line 12.

Page 16, line 20 – page 17, line 20.

Page 19, page 5 – page 20 line 17.

Page 24, lines 11 – 19.

Page 31, line 12 – page 32, line 14.

Page 33, line 8 – page 35, line 3.

Page 37, lines 2 – 11.

**26.      Robert Ralph (January 28, 2014)**

Page 5, lines 8 – 19.

Page 13, line 17 – page 14, line 4.

Page 15, line 8 – page 16, line 2.

Page 16, lines 14 – 25.

Page 19, lines 8 – 25.

Page 31, line 1 – page 32, line 25.

Page 33, line 5 – page 34, line 23.

Page 37, line 6 – page 38, line 4.

Page 38, line 25 – page 39, line 24.

Page 40, line 12 – page 41, line 7.

Page 42, lines 2 – 19.

Page 45, line 14 – page 50, line 23.

Page 51, lines 15 – 24.

Page 52, line 12 – page 54, line 13.

Page 56, lines 14 – 24.

Page 62, line 5 – page 63, line 25.

**27.**    **Jeff Sholey (November 10, 2014)**

Page 7, line 25 – page 12, line 2.

Page 12, lines 10 – 22.

Page 13, lines 5 – 17.

Page 21, lines 3 – 24.

Page 40, lines 11 – 17.

Page 48, lines 5 – 12.

Page 55, lines 10 – 14.

Page 56, lines 14 – 18.

**28.    Leah Smith (April 18, 2014)**

Page 7, lines 16 – 17.

Page 9, lines 7 – 20.

Page 12, lines 4 – 14.

Page 15, line 17 – page 16, line 2.

Page 17, line 15 – page 18, line 3.

Page 19, line 23 – page 21, line 7.

Page 23, line 10 – page 24, line 9.

Page 26, line 21 – page 28, line 6.

Page 29, lines 1 – 7.

Page 29, lines 15 – page 34, line 9.

Page 37, line 14 – page 38, line 5.

**29.    Vickie Thomas (February 21, 2014)**

Page 8, line 22 – page 9, line 5.

Page 11, line 22 – page 12, line 1.

Page 14, lines 7 – 24.

Page 15, line 24 – page 16, line 10.

Page 24, lines 7 – 23.

Page 35, line 15 – page 36, line 7.

Page 56, line 7 – page 58, line 10.

Page 72, line 22 – page 73, line 13.

Page 74, line 10 – page 75, line 12.

Page 75, line 20 – page 78, line 6.

Page 94, lines 5 – 13.

Page 95, line 25 – page 96, line 9.

Page 96, line 24 – page 97, line 10.

Page 98, line 6 – page 100, line 4.

Page 104, lines 3 – 9.

Page 108, line 17 – page 109, line 16.

Page 111, line 12 – page 115, line 2.

Page 115, line 7 – page 118, line 3.

Page 125, line 10 – page 127, line 18.

Page 128, lines 8 – 14.

Page 131, line 25 – page 133, line 6.

Page 134, line 24 – page 135, line 6.

Page 135, line 16 – page 136, line 1.

Page 136, line 15 – page 137, line 2.

Page 137, line 13 – page 138, line 9.

Page 142, lines 9 – 15.

Page 155, line 23 – page 156, line 12.

Page 160, lines 7 – 16.

Page 162, lines 5 – 24.

Page 163, lines 6 – 13.

Page 168, line 15 – page 170, line 12.

Page 195, lines 12 – 18.

Page 196, line 20 – page 198, line 12.

**30.    Pablo Viteri (May 12, 2014)**

Page 6, lines 12 – 22.

Page 7, line 17 – page 8, line 6.

Page 11, lines 21 – 23.

Page 14, lines 15 – 21.

Page 15, lines 7 – 16.

Page 28, line 14 – page 29, line 6.

Page 30, line 21 – page 32, line 6.

Page 33, line 7 – page 34, line 15.

**31.    Kirstin White (January 27, 2014)**

Page 6, line 11 – page 7, line 5.

Page 7, lines 19 – 21.

Page 15, line 1 – page 16, line 9.

Page 17, line 2 – page 19, line 7.

Page 28, lines 3 – 11.

Page 38, line 10 – page 39, line 10.

Page 39, line 22 – page 41, line 12.

Page 43, line 3 – page 44, line 24.

Page 46, line 25 – page 47, line 7.

Page 52, line 21 – page 53, line 1.

Page 53, lines 12 – 14.

Page 54, lines 3 – 9.

Page 55, lines 7 – 24.

Page 58, line 21 – page 60, line 6.

Page 60, lines 11 – 13.

Page 64, line 17 – page 65, line 6.

Page 75, lines 3 – 17.

Page 76, line 8 – page 79, line 1.

Page 79, line 18 – page 83, line 10.

Page 85, lines 11 – 14.

Page 86, lines 8 – 24.

Page 87, line 9 – page 90, line 3.

Page 91, line 11 – page 94, line 19.

Page 95, line 3 – page 96, line 1.

Page 97, line 2 – page 99, line 11.

Page 99, line 21 – page 102, line 1.

Page 104, lines 3 – 6.

Page 107, line 11 – page 108, line 22.

Page 109, line 2 – page 110, line 21.

Page 112, line 7 – page 113, line 15.

Page 119, lines 2 – 9.

Page 122, lines 7 – 24.

Page 124, lines 6 – 17.

Page 125, lines 8 – 15.

Page 129, line 1 – page 130, line 18.

Page 131, page 14 – page 132, line 16.

Page 133, lines 1 – 7.

Page 133, line 21 – page 134, line 1.

Page 135, lines 6 – 21.

Page 138, lines 22 – page 139, line 14.

Page 140 lines 4 – 22.

Page 142, lines 16 – 21.

Page 146, line 16 – page 152, line 15.

Page 154, lines 10 – 14.

Page 156, lines 18 – 21.

Page 160, lines 14 – 24.

Page 163, lines 17 – 23.

Page 167, lines 11 – 21.

///

///

///

DATED this 18th day of May, 2015.

ROSENTHAL GREENE & DEVLIN, PC

  /s/ Elden M. Rosenthal
Elden M. Rosenthal, OSB No. 722174
Email:  elden@rgdpdx.com
Michael A. Greene, OSB No. 802445
Email: mike@rgdpdx.com
John T. Devlin, OSB No. 042690
Email: john@rgdpdx.com
Phone: (503) 228-3015
Fax: (503) 228-3269

Of Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that I served true and correct copies of the foregoing:

### 1.  PLAINTIFF'S DEPOSITION DESIGNATIONS

on the following:

| | |
|---|---|
| James Daigle | Richard K. Hansen |
| Adam Heder | Anne M. Talcott |
| *Stewart Sokol & Larkin LLC* | *Schwabe, Williamson & Wyatt, P.C.* |
| 2300 SW First Ave., Suite 200 | 1211 SW 5th Ave., Suite 1900 |
| Portland, OR 97201 | Portland, OR 97204 |
| jmdaigle@lawssl.com | rhansen@schwabe.com |
| aheder@lawssl.com | atalcott@schwabe.com |
| | |
| Of Attorneys for Corizon defendants. | Of Attorneys for Corizon defendants. |
| | |
| Robert L. Goldstucker | Sebastian Tapia |
| *Nall & Miller, LLP* | Stephen Dingle |
| 235 Peachtree St., NE | *Lane County Counsel* |
| Suite 1500 – North Tower | 125 East 8th Avenue |
| Atlanta, GA 30303-1418 | Eugene, OR  97401 |
| bgoldstucker@nallmiller.com | Sebastian.tapia@co.lane.or.us |
| | Stephen.dingle@co.lane.or.us |
| | |
| Of Attorneys for Corizon defendants. | Of Attorneys for Lane Co. defendant. |

by the following method/s:

|   |   |
|---|---|
| _____ | mail with postage prepaid, deposited in the US mail at Portland, OR |
| ___X___ | service made via electronic mailing and/or CM/ECF filing |
| _____ | hand delivery |
| _____ | facsimile transmission |
| _____ | overnight delivery. |

Dated this 18th day of May, 2015.

/s/ Elden M. Rosenthal
ELDEN M. ROSENTHAL, OSB No. 722174
MICHAEL A. GREENE, OSB No. 802445
JOHN T. DEVLIN, OSB No. 042690
*Of Attorneys for Plaintiff*