**Elden M. Rosenthal, OSB No. 72217**
elden@rgdpdx.com
**Michael A. Greene, OSB No. 802445**
mike@rgdpdx.com
**John T. Devlin, OSB No. 042690**
john@rgdpdx.com
Rosenthal Greene & Devlin, P.C.
121 SW Salmon St., Suite 1090
Portland, OR 97204
Telephone: (503) 228-3015
Fascimile: (503) 228-3269

Of Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# EUGENE DIVISION

| | |
|---|---|
| DEREK JOHNSON, personal representative of KELLY CONRAD GREEN II, deceased; KELLY CONRAD GREEN and SANDY PULVER<br><br>Plaintiffs,<br><br>v.<br><br>CORIZON HEALTH, INC., a Tennessee Corporation; LANE COUNTY, an Oregon county; DR. JUSTIN MONTOYA, an individual; VICKI THOMAS, an individual; KIRSTIN WHITE, an individual; SHARON EPPERSON (née FAGAN), an individual,<br><br>Defendants. | Civil Action No. 6:13-cv-01855-TC<br><br><br>**PLAINTIFF'S PROPOSED VERDICT FORM** |

We, the jury, return the following verdict:

## CIVIL RIGHTS § 1983 CLAIMS

### Events Before Casey Green's Court Appearance

1. Did Casey Green suffer damage as a result of the policies, practices or customs of Corizon Health, Inc.?

Page **1** of **9** – PLAINTIFF'S PROPOSED VERDICT FORM

    ANSWER:      \_\_\_\_\_ Yes       _____ No

2. Did Casey Green suffer damage as a result of the policies, practices or customs of Lane County?

    ANSWER:      \_\_\_\_\_ Yes       _____ No

3. Is Dr. Justin Montoya liable in his supervisory capacity for the damages suffered by Casey Green?

    ANSWER:      \_\_\_\_\_ Yes       _____ No

4. Is Vicki Thomas liable in her supervisory capacity for the damages suffered by Casey Green?

    ANSWER:      \_\_\_\_\_ Yes       _____ No

*If you answered "yes" to Questions 1, 2, 3 or 4, please answer Questions 5, 6 and 7. If you answered "no" to Questions 1, 2, 3 and 4, please proceed to answer Question No. 8.*

5. What is the amount of damages suffered by Casey Green?

    ANSWER:      Economic damages    $_____

                          Noneconomic damages    $_____

6. Did Casey Green die as a result of the policies, practices or customs of Corizon Health, Inc. or Lane County?

    ANSWER:      \_\_\_\_\_ Yes       _____ No

7. Did Casey Green die as a result of the supervisory acts or omissions of Justin Montoya, M.D. or Vicki Thomas?

    ANSWER:      \_\_\_\_\_ Yes       _____ No

*If you answered "yes" to Questions 6 and/or 7, please answer Question 8. If you answered "no" to Questions 6 and 7, please proceed to answer Question No. 9.*

8. What is the amount of damages (loss of society and companionship) suffered by Casey Green's parents as a result of Casey Green's death?

ANSWER:        Kelly Green              $_____

                       Sandy Pulver             $_____

**Events During and After Casey Green's Court Appearance**

9. Did Casey Green suffer damage as a result of the policies, practices or customs of Corizon Health, Inc.?

   ANSWER:        _____ Yes        _____ No

   If so, what is the amount of damages suffered by Casey Green as a result of the policies, practices or customs of Corizon Health, Inc.?

   ANSWER:        Economic damages        $_____

                          Noneconomic damages     $_____

10. Did Casey Green suffer damage as a result of the policies, practices or customs of Lane County?

    ANSWER:        _____ Yes        _____ No

    If so, what is the amount of damages suffered by Casey Green as a result of the policies, practices or customs of Lane County?

    ANSWER:        Economic damages        $_____

                           Noneconomic damages     $_____

11. Was Kirstin White deliberately indifferent to Casey Green's rights under the Fourteenth Amendment?

    ANSWER:        _____ Yes        _____ No

12. *If you answered "yes" to Question 11:* Did Kirstin White's actions cause damage to Casey Green?

    ANSWER:        _____ Yes        _____ No

13. *If you answered "yes" to Question No. 12:* What is the amount of damages suffered by Casey Green as a result of the deliberate indifference of Kirstin White?

    ANSWER:    Economic damages    $_____

                      Noneconomic damages    $_____

14. Was Sharon Epperson deliberately indifferent to Casey Green's rights under the Fourteenth Amendment?

    ANSWER:    _____ Yes    _____ No

15. *If you answered "yes" to Question 14:* Did Sharon Epperson's actions cause damage to Casey Green?

    ANSWER:    _____ Yes    _____ No

16. *If you answered "yes" to Question No. 15:* What is the amount of damages suffered by Casey Green as a result of the deliberate indifference of Sharon Epperson?

    ANSWER:    Economic damages    $_____

                      Noneconomic damages    $_____

17. Was Vicki Thomas deliberately indifferent to Casey Green's rights under the Fourteenth Amendment?

    ANSWER:    _____ Yes    _____ No

18. *If you answered "yes" to Question 17:* Did Vicki Thomas's actions cause damage to Casey Green?

    ANSWER:    _____ Yes    _____ No

19. *If you answered "yes" to Question No. 18:* What is the amount of damages suffered by Casey Green as a result of the deliberate indifference of Vicki Thomas?

    ANSWER:    Economic damages    $_____

                      Noneconomic damages    $_____

20. Did Casey Green die as a result of the policies, practices or customs of Corizon Health, Inc. or Lane County?

    ANSWER:      \_\_\_\_\_ Yes     _____ No

21. Did Casey Green die as a result of the deliberate indifference of Kirstin White, Sharon Epperson or Vicki Thomas?

    ANSWER:      \_\_\_\_\_ Yes     _____ No

*If you answered "yes" to Questions 20 or 21, please answer Question 22.  If you answered "no" to both Questions 20 and 21, please proceed to answer Question 23.*

22. What is the amount of damages (loss of society and companionship) suffered by Casey Green's parents as a result of Casey Green's death?

    ANSWER:      Kelly Green      $_____

                            Sandy Pulver      $_____

**Punitive damages**

*Please answer the following questions if you awarded damages against Corizon Health, Inc, Kirstin White, Sharon Epperson, Vicki Thomas or Dr. Justin Montoya.*

*If you did not award damages against any of those defendants, please proceed to Question 28.*

23. Did Corizon Health, Inc. act maliciously or wantonly or with a callous or reckless disregard of Casey Green's constitutional rights?

    ANSWER:      \_\_\_\_\_ Yes     _____ No

    If so, what amount of punitive damages, if any, should Corizon Health, Inc. pay?
    ANSWER:      $_____

24. Did Kirstin White act maliciously or wantonly or with a callous or reckless disregard of Casey Green's constitutional rights?

    ANSWER:      \_\_\_\_\_ Yes     _____ No

    If so, what amount of punitive damages, if any, should Kirstin White pay?

    ANSWER:      $_____

25. Did Sharon Epperson act maliciously or wantonly or with a callous or reckless disregard of Casey Green's constitutional rights?

    ANSWER:        _____ Yes        _____ No

    If so, what amount of punitive damages, if any, should Sharon Epperson pay?

    ANSWER:        $_____

26. Did Vicki Thomas act maliciously or wantonly or with a callous or reckless disregard of Casey Green's constitutional rights?

    ANSWER:        _____ Yes        _____ No

    If so, what amount of punitive damages, if any, should Vicki Thomas pay?

    ANSWER:        $_____

27. Did Dr. Justin Montoya act maliciously or wantonly or with a callous or reckless disregard of Casey Green's constitutional rights?

    ANSWER:        _____ Yes        _____ No

    If so, what amount of punitive damages, if any, should Dr. Justin Montoya pay?

    ANSWER:        $_____

## GROSS NEGLIGENCE/RECKLESS MISCONDUCT

28. Was Casey Green injured as a result of the gross negligence or reckless misconduct of Corizon Health, Inc.?

    ANSWER:        _____ Yes        _____ No

    If so, what is the amount of damages suffered by Casey Green as a result of Corizon Health, Inc.'s gross negligence or reckless misconduct?

    ANSWER:    Economic damages        $_____

                Noneconomic damages     $_____

29. Did the gross negligence or reckless misconduct of Corizon Health, Inc. cause the death of Casey Green?

    ANSWER:          _____ Yes          _____ No

    If so, what is the amount of damages (loss of society and companionship) suffered by Casey Green's parents as a result of Casey Green's death?

    ANSWER:          Kelly Green          $_____

                     Sandy Pulver         $_____

*If you answered "yes" to Question 28, please answer Question 30.  If you answered "no" to Question 28, please proceed to Question 31.*

30. Did Corizon Health, Inc. act maliciously or wantonly, or with a callous or reckless disregard of Kelly Green's safety?

    ANSWER:          _____ Yes          _____ No

    If so, what amount of punitive damages, if any, should Corizon Health, Inc. pay?

    $_____

## **NEGLIGENCE**

### **Corizon**

31. Was Corizon Health, Inc. negligent in one or more of the ways alleged by the plaintiffs?

    ANSWER:          _____ Yes          _____ No

32. Did that negligence cause damages to Casey Green?

    ANSWER:          _____ Yes          _____ No

*If you answered "yes" to Questions 31 and 32 please proceed to Question 33.  If you answered "no" to Questions 31 and/or Question 32, please proceed to Question 35.*

33. What is the amount of damages suffered by Casey Green as a result of that negligence?

      ANSWER:      Economic damages      $_____

                             Noneconomic damages    $_____

34. Did that negligence cause the death of Casey Green?

      ANSWER:      \_\_\_\_\_ Yes      _____ No

If so, what is the amount of damages (loss of society and companionship) suffered by Casey Green's parents as a result of Casey Green's death?

      ANSWER:      Kelly Green      $_____

                             Sandy Pulver      $_____

**Lane County**

35. Was Lane County negligent in one or more of the ways alleged by the plaintiffs?

      ANSWER:      \_\_\_\_\_ Yes      _____ No

36. Did that negligence cause damages to Casey Green?

      ANSWER:      \_\_\_\_\_ Yes      _____ No

*If you answered "yes" to Question 35 and Question 36, please proceed to Question 37. If you answered "no" to Question 35 and/or Question 36, do not answer the remaining questions.*

37. What is the amount of damages suffered by Casey Green as a result of that negligence?

      ANSWER:      Economic damages      $_____

                             Noneconomic damages    $_____

38. Did that negligence cause the death of Casey Green?

      ANSWER:      \_\_\_\_\_ Yes      _____ No

If so, what is the amount of damages (loss of society and companionship) suffered by Casey Green's parents as a result of Casey Green's death?

ANSWER: Kelly Green $_____

Sandy Pulver $_____

Dated this ___ day of July, 2015.

_____
Presiding Juror

DATED this 18th day of May, 2015.

ROSENTHAL GREENE & DEVLIN, PC

  /s/ Elden M. Rosenthal
Elden M. Rosenthal, OSB No. 722174
Email: elden@rgdpdx.com
Michael A. Greene, OSB No. 802445
Email: mike@rgdpdx.com
John T. Devlin, OSB No. 042690
Email: john@rgdpdx.com
Phone: (503) 228-3015
Fax: (503) 228-3269

Of Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that I served true and correct copies of the foregoing:

    **1.    PLAINTIFF'S PROPOSED VERDICT FORM**

on the following:

| | |
|---|---|
| James Daigle<br>Adam Heder<br>*Stewart Sokol & Larkin LLC*<br>2300 SW First Ave., Suite 200<br>Portland, OR 97201<br>jmdaigle@lawssl.com<br>aheder@lawssl.com<br><br>    Of Attorneys for Corizon defendants. | Richard K. Hansen<br>Anne M. Talcott<br>*Schwabe, Williamson & Wyatt, P.C.*<br>1211 SW 5th Ave., Suite 1900<br>Portland, OR 97204<br>rhansen@schwabe.com<br>atalcott@schwabe.com<br><br>    Of Attorneys for Corizon defendants. |
| Robert L. Goldstucker<br>*Nall & Miller, LLP*<br>235 Peachtree St., NE<br>Suite 1500 – North Tower<br>Atlanta, GA 30303-1418<br>bgoldstucker@nallmiller.com<br><br>    Of Attorneys for Corizon defendants. | Sebastian Tapia<br>Stephen Dingle<br>*Lane County Counsel*<br>125 East 8th Avenue<br>Eugene, OR 97401<br>Sebastian.tapia@co.lane.or.us<br>Stephen.dingle@co.lane.or.us<br><br>    Of Attorneys for Lane Co. defendant. |

by the following method/s:

    \_\_\_\_\_    mail with postage prepaid, deposited in the US mail at Portland, OR
      X    service made via electronic mailing and/or CM/ECF filing
    \_\_\_\_\_    hand delivery
    \_\_\_\_\_    facsimile transmission
    \_\_\_\_\_    overnight delivery.

Dated this 18th day of May, 2015.

    /s/ Elden M. Rosenthal
    ELDEN M. ROSENTHAL, OSB No. 722174
    MICHAEL A. GREENE, OSB No. 802445
    JOHN T. DEVLIN, OSB No. 042690
    *Of Attorneys for Plaintiff*

Page 1 – CERTIFICATE OF SERVICE