**Elden M. Rosenthal, OSB No. 722174**
Email: elden@rgdpdx.com
**Michael A. Greene, OSB No. 802445**
Email: mike@rgdpdx.com
**John T. Devlin, OSB No. 042690**
Email: john@rgdpdx.com
Rosenthal Greene & Devlin, P.C.
121 SW Salmon Street, Suite 1090
Portland, OR 97204
Phone: (503) 228-3015
Fax: (503) 228-3269

Of Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| DEREK JOHNSON, personal representative of KELLY CONRAD GREEN II, deceased; KELLY CONRAD GREEN; and SANDY PULVER,<br><br>Plaintiffs,<br><br>v.<br><br>CORIZON HEALTH, INC., a Tennessee Corporation; LANE COUNTY, an Oregon county; DR. CARL KELDIE, an individual; DR. JUSTIN MONTOYA, an individual; VICKI THOMAS, an individual; KIRSTIN WHITE, an individual; SHARON EPPERSON (née FAGAN, an individual; and JACOB PLEICH, an individual,<br><br>Defendants. | **Civil Action No. 6:13-cv-01855-TC**<br><br>**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS** |

Plaintiffs ask the Court to conduct voir dire on the following subjects:

1) Please tell us about your educational background.

    a. If you attended college or graduate school, please tell us where you went to college or graduate school, your major,

Page **1** of **4** – **PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS**

and degrees that you earned.

2) Please tell us your family background (marriages, divorces, children, grandchildren).

3) Please share with us your employment history.

4) What cities have you lived in during your lifetime?

5) Do you live or work in Lane County?

6) Please share with us what you do in your recreational time. Do you have any hobbies?

7) Have you ever been involved in a lawsuit? If so, please explain the circumstances.

8) Do you know anyone who suffers, or has suffered, from a mental health problem that required medical treatment? If so, please explain the circumstances.

9) Do you know anyone who suffers, or has suffered, from schizophrenia? If so, please explain what you know about that person's schizophrenia.

10) Do you know anyone who has suffered a closed head injury? If so, please explain how it occurred and what treatment was provided.

11) Do you know anyone who has been inside a jail? If so, please explain the circumstances.

12) Do you know anyone who works in the medical field or mental health field? If so, please explain the circumstances.

13) Do you know anyone who works for a government agency? If so, please explain the circumstances. In particular, do you know anyone who works for Lane County?

14) Do you know anyone who works in a jail or a prison? If so, please explain the circumstances. In particular, do you know anyone who works for Corizon or Lane County Jail?

15) The plaintiffs in this case will be asking for economic damages in the form of medical expenses. How do you feel about awarding economic damages, if you find that the evidence supports those damages?

16) The plaintiffs in this case will be asking for damages for pain and suffering. How do you feel about awarding money for this type of damages?

17) The plaintiffs in this case are also asking for an award of punitive damages.

    a. Have you heard about cases involving punitive damages?

    b. Do you have any opinions about punitive damages?

18) In this case, the parents of Casey Green are asking for damages for the death of their son. Do you have any feelings about awarding damages to the parents of an adult disabled child who has died?

///

///

///

Page **3** of **4** – **PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS**

DATED this 18th day of May, 2015.

        ROSENTHAL GREENE & DEVLIN, PC

         /s/ Elden M. Rosenthal
        **Elden M. Rosenthal**, OSB No. 722174
        Email: elden@rgdpdx.com
        **Michael A. Greene**, OSB No. 802445
        Email: mike@rgdpdx.com
        **John T. Devlin**, OSB No. 042690
        Email: john@rgdpdx.com
        Phone: (503) 228-3015
        Fax: (503) 228-3269

        Of Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that I served true and correct copies of the foregoing:

    **1.    PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

on the following:

| | |
|---|---|
| James Daigle<br>Adam Heder<br>*Stewart Sokol & Larkin LLC*<br>2300 SW First Ave., Suite 200<br>Portland, OR 97201<br>jmdaigle@lawssl.com<br>aheder@lawssl.com | Richard K. Hansen<br>Anne M. Talcott<br>*Schwabe, Williamson & Wyatt, P.C.*<br>1211 SW 5th Ave., Suite 1900<br>Portland, OR 97204<br>rhansen@schwabe.com<br>atalcott@schwabe.com |
|     Of Attorneys for Corizon defendants. |     Of Attorneys for Corizon defendants. |
| Robert L. Goldstucker<br>*Nall & Miller, LLP*<br>235 Peachtree St., NE<br>Suite 1500 – North Tower<br>Atlanta, GA 30303-1418<br>bgoldstucker@nallmiller.com | Sebastian Tapia<br>Stephen Dingle<br>*Lane County Counsel*<br>125 East 8th Avenue<br>Eugene, OR 97401<br>Sebastian.tapia@co.lane.or.us<br>Stephen.dingle@co.lane.or.us |
|     Of Attorneys for Corizon defendants. |     Of Attorneys for Lane Co. defendant. |

by the following method/s:

    ____    mail with postage prepaid, deposited in the US mail at Portland, OR
    _X_    service made via electronic mailing and/or CM/ECF filing
    ____    hand delivery
    ____    facsimile transmission
    ____    overnight delivery.

Dated this 18th day of May, 2015.

    /s/ Elden M. Rosenthal
    ELDEN M. ROSENTHAL, OSB No. 722174
    MICHAEL A. GREENE, OSB No. 802445
    JOHN T. DEVLIN, OSB No. 042690
    *Of Attorneys for Plaintiff*

Page 1 – CERTIFICATE OF SERVICE