Elden M. Rosenthal, OSB No. 722174
Email: elden@rgdpdx.com
John T. Devlin, OSB No. 042690
Email: john@rgdpdx.com
Rosenthal Greene & Devlin, P.C.
121 SW Salmon Street, Suite 1090
Portland, OR 97204
Phone: (503) 228-3015
Fax: (503) 228-3269

Of Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| DEREK JOHNSON, personal representative of KELLY CONRAD GREEN II, deceased; KELLY CONRAD GREEN; and SANDY PULVER,<br><br>Plaintiffs,<br><br>v.<br><br>CORIZON HEALTH, INC., a Tennessee Corporation; LANE COUNTY, an Oregon county; DR. JUSTIN MONTOYA, an individual; VICKI THOMAS, an individual; KIRSTIN WHITE, an individual; and SHARON EPPERSON (née FAGAN), an individual,<br><br>Defendants. | Civil Action No. 6:13-cv-01855-TC<br><br>**PLAINTIFFS' EXHIBIT LIST** |

Pursuant to the Trial Management Order, plaintiffs submit the following exhibit list.

| Exhibit Number | Description |
|---|---|
| 1 | Book-In Activity Report |
| 4 | Booking Report for Kelly Conrad Green |
| 5 | Initial Assessment Instrument (2/11/13) |
| 6 | Adult Corrections Booking Form |
| 8 | Initial Assessment Instrument (12/19/12) |

1 PLAINTIFFS' EXHIBIT LIST

| | |
|---|---|
| 9 | Initial Assessment Instrument (1/18/13) |
| 10 | Intake Receiving and Screening (12/20/12) |
| 11 | Mental Health Progress Note (12/31/12) |
| 12 | Mental Health Progress Note (1/3/13) |
| 13 | "Fit for Confinement" Guideline Instrument |
| 17 | Photo stills from jail video |
| 18 | Memo by D.S. Burnette (2/13/13) |
| 19 | Email from Jody Jobanek-Suiter (3/18/13) |
| 20 | Excerpt from Emergency Log Book |
| 22 | Resident Transaction Receipt |
| 23 | Inmate Observation Report Form |
| 24 | Citation to Appear |
| 26 | Offender Log for Kelly Conrad Green |
| 28 | RFP Scoring |
| 30 | Medical Services RFP Brief |
| 36 | Personal Services Contract between Corizon Health, Inc. and Lane County |
| 41 | Eugene Police Department Custody Report 12-23020 |
| 47 | Eugene Fire & EMS Department Patient Care Report |
| 48 | Corizon Progress Notes |
| 57 | Emergency Room Referral |
| 58 | Mental Health Evaluation Tools (METS): Suicide Watch Status |
| 59 | Suicide Precaution Form |
| 60 | Notice of Director's Hold |
| 71 | Corizon Policy & Procedure: Receiving Screening |
| 72 | Intake Health Screening & Transfers |
| 75 | Transport Report |
| 76 | Suicide Risk Warning |
| 89 | Corizon Employee Roster |
| 95 | Memo by D.S. Peters (2/13/13) |
| 101 | Event Entry |
| 102 | Sentinel Event Notification Form |
| 109 | Time Detail for Kirstin White |
| 116 | Email by Kirstin White (8/12/13) |
| 117 | Drawing by Jona Bourgard |
| 119 | Independent Contractor Physician Agreement |
| 120 | Site Medical Director |
| 121 | Semi-Monthly Subcontractor Timesheet |
| 125 | Emergency Room Referral |
| 128 | Sentinel Event (SE) Process |
| 130 | Standards for Health Services in Jails (2008) |
| 131 | MAC Meeting Notes (2/12/13) |
| 132 | Non-Designated Sentinel Event Review Form |
| 134 | Consolidated Financial Statements of Valitas Health Services, Inc. and Subsidiaries |
| 136 | Corizon Health, Inc. and Subsidiaries Consolidated Balance Sheets (12/31/13) |
| 137 | Letter from John Devlin (4/1/13) |

2 PLAINTIFFS' EXHIBIT LIST

| 138 | Defendant Corizon Health, Inc.'s Response to Plaintiffs' Fourth Set of Interrogatories to Defendants |
|---|---|
| 139 | Corizon Health, Inc. and Subsidiaries Consolidated Balance Sheets (9/30/14) |
| 140 | Training Sign Sheet (4/27/15) |
| 141 | Corizon Medical Chart for Kelly Conrad Green |
| 142 | Final Report of the New York State Commission on Correction (2004) |
| 143 | Offender Health Care at Baltimore City Detention Center (by grand jury) (2005) |
| 144 | Contracted Health Care Services for New York City Prison Inmates (by New York City Department of Health and Mental Hygiene) (2005) |
| 145 | Investigation of Delaware Correctional Center (by US DOJ) (2006) |
| 146 | Healthcare in New York Prisons (by Correctional Association of New York) (2009) |
| 147 | Investigation Report (by ICE) (2009) |
| 148 | Health Care Services in State Correctional Facilities (by Maine legislature) (2011) |
| 149 | Report of Marc F. Stern, MD, MPH (2012) |
| 150 | Investigation Report (by ICE) (2012) |
| 151 | Louisville Metro Department of Corrections Case Report #2012-043 (2013) |
| 152 | Examination Report on Corizon Health, Inc.'s Compliance with Contract #153496 with Allegheny County (2014) |
| 153 | Eugene Police Department In-Car Video (2/11/13) |
| 154 | Lane County Adult Corrections Videos (2/12/13) |
| 155 | Excerpts of Lane County Adult Corrections Videos |
| 156 | Remembrance Video |
| 157 | *Hadix v. Caruso*, 461 F. Supp. 2d 574 (W.D. Mich. 2006) |
| 158 | *Fields v. Corizon Health, Inc.*, 2011 WL 3878373 (M.D. Fla. Sep. 2, 2011) |
| 159 | *Fields v. Corizon Health, Inc.*, 490 Fed. Appx. 174 (11th Cir. 2012) |
| 160 | Glasgow Coma Scale |
| 161 | Performance-Based Standards for Adult Local Detention Facilities |
| 162 | Photos from the Lane County Jail |
| 163 | Initial Assessment Instrument (12/6/12) |
| 164 | Corizon Policy & Procedure – Sentinel Event Review |
| 165 | Sentinel Event Review Introduction and Rationale |
| 166 | X-ray (2/12/13) |
| 167 | Corizon Health, Inc. Med Mal Lawsuits 2/15/2008 – 2/15/2013 |
| 168 | Excerpts of Corizon 2015 Proposal for Lane County Contract |
| 169 | Excerpts of Sacred Heart Riverbend records (2/12/13 – 3/20/13) |
| 170 | Excerpts of Kindred records (3/20/13 – 5/13/13) |
| 171 | Excerpts of Everett Care & Rehab records (5/13/13) |
| 172 | Excerpts of Providence Everett records (5/13/13 – 5/30/13) |
| 173 | Excerpts of Everett Care & Rehab records (5/30/13 – 6/1/13) |
| 174 | Excerpts of Providence Everett records (6/1/13 – 6/28/13) |
| 175 | Weeping Ridge Pre-Admission Assessment (6/13/13) |
| 176 | Excerpts of Weeping Ridge records (6/28/13 – 8/23/13) |
| 177 | Excerpts of Kadlec Regional Medical Center records (8/23/13) |
| 178 | Excerpts of Weeping Ridge records (8/23/13 – 9/16/13) |
| 179 | Excerpts of Kadlec Regional Medical Center records (9/16/13 – 9/17/13) |

3 PLAINTIFFS' EXHIBIT LIST

| 180 | Excerpts of Weeping Ridge records (9/17/13 – 9/24/13) |
|---|---|
| 181 | Excerpts of Kadlec Regional Medical Center records (9/24/13 – 9/28/13) |
| 182 | Excerpts of Weeping Ridge records (9/28/13 – 10/7/13) |
| 183 | Excerpts of Weeping Ridge records (10/8/13 – 12/16/13) |
| 184 | Excerpts of Othello Community Hospital records (10/14/13) |
| 185 | Excerpts of Dr. Thomas Tan records (10/22/13 – 11/18/13) |
| 186 | Excerpts of Kadlec Regional Medical Center records (11/19/13 – 11/23/13) |
| 187 | Excerpts of Washington Sacred Heart Medical Center records (12/14/13 – 12/16/13) |
| 188 | Letter from Dr. Woodrow Myers to Honorable Phil Mendelson (3/18/15) |
| 189 | Pleadings from *Tackberry v. County of Alameda* (N.D. Cal.) |
| 190 | Pleadings from *James v. City of Philadelphia* (E.D. Pa.) |
| 191 | Pleadings from *Campbell v. Prison Health Services, Inc.* (M.D. Fla.) |
| 192 | Pleadings from *Fenton v. Alameda County* (N.D. Cal.) |
| 193 | Pleadings from *Scott v. County of Alameda* (N.D. Cal.) |
| 194 | Pleadings from *Macy v. County of Santa Barbara* (C.D. Cal.) |
| 195 | Pleadings from *Jones v. Campbell* (N.D. Fla.) |
| 196 | Pleadings from *Ellis v. City of Philadelphia* (E.D. Pa.) |
| 197 | Pleadings from *Suain v. Collier County Sheriff* (M.D. Fla.) |
| 198 | Pleadings from *Hammond v. Soll* (D. Minn.) |
| 199 | Photo #1 |
| 200 | Photo #2 |
| 401 | Photo #3 |
| 402 | Photo #4 |
| 403 | Photo #5 |
| 404 | Photo #6 |
| 405 | Photo #7 |
| 406 | Photo #8 |
| 407 | Photo #9 |
| 408 | Photo #10 |
| 409 | Photo #11 |
| 410 | Photo #12 |
| 411 | Photo #13 |
| 412 | Photo #14 |
| 413 | Photo #15 |
| 414 | Photo #16 |
| 415 | Photo #17 |

Plantiffs reserve additional numbers for impeachment exhibits and rebuttal exhibits.

Dated this 18th day of May, 2015.

                                    Respectfully submitted,

                                    /s/ Elden M. Rosenthal
                                  Elden M. Rosenthal, OSB No. 722174
                                  Email: elden@rgdpdx.com
                                  Michael A. Greene, OSB No. 802445
                                  Email: mike@rgdpdx.com
                                  John T. Devlin, OSB No. 042690
                                  Email: john@rgdpdx.com
                                  Phone: (503) 228-3015
                                  Fax: (503) 228-3269