**Richard K. Hansen**, OSB #832231
Email: rhansen@schwabe.com
**Anne M. Talcott**, OSB #965325
Email: atalcott@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: (503) 222-9981
Facsimile: (503) 796-2900

**James M. Daigle**, OSB #942843
Email:  jmdaigle@lawssl.com
**Adam S. Heder**, OSB #151144
Email:  aheder@lawssl.com
STEWART SOKOL & LARKIN LLC
2300 SW First Ave., Suite 200
Portland, OR  97201-0699
Telephone:  (503) 221-0699
Facsimile:  (503) 223-5706

Attorneys for Defendant Corizon Health, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| DEREK JOHNSON, personal representative of KELLY CONRAD GREEN II, deceased; KELLY CONRAD GREEN and SANDY PULVER,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CORIZON HEALTH, INC., a Tennessee corporation; LANE COUNTY, an Oregon county; DR. JUSTIN MONTOYA, an individual; VICKI THOMAS, an individual; KIRSTIN WHITE, an individual; and SHARON EPPERSON, (née FAGAN), an individual,<br><br>　　　　　Defendants. | Case No. 6:13-cv-01855-TC<br><br>**CORIZON DEFENDANTS' WITNESS LIST** |

Page 1 -  CORIZON DEFENDANTS' WITNESS LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\128493\202445\AMT\15917842.1

Defendants Corizon Health, Inc. ("Corizon"), Dr. Justin Montoya, Vicki Thomas, Kirstin White, and Sharon Epperson ("Corizon defendants"), by and through their attorneys of record, Stewart Sokol & Larkin LLC and Schwabe, Williamson & Wyatt, P.C., hereby submit the following witness list:

**DEFENDANTS**

1. <u>Kirstin White</u> - Ms. White will describe her role within Corizon at Lane County and her treatment and observations of Mr. Kelly C. Green, II on the day of February 12, 2013.

2. <u>Justin Montoya, M.D.</u> - Dr. Montoya will describe his role within Corizon at Lane County and his role in the events of February 12, 2013. He will also describe some of Corizon's relevant policies.

3. <u>Vicki Thomas</u> - Ms. Thomas will describe her role within Corizon at Lane County and her interactions with and observations of Mr. Kelly C. Green, II on the day of February 12, 2013. She will also describe some of Corizon's relevant policies.

4. <u>Sharon Epperson</u> - Ms. Epperson will describe her role within Corizon at Lane County and her interactions with and observations of Mr. Kelly C. Green, II on the day of February 12, 2013.

**PLAINTIFFS AND/OR RELATED PARTIES**

5. <u>Kelly Green Sr.</u> - Mr. Kelly Green Sr. will testify about the deceased's relationship with his family and his mental and physical health prior to the events of February 12, 2013.

6. <u>Sandra Pulver</u> - Ms. Pulver will testify about the deceased's relationship with his family and his mental and physical health prior to the events of February 12, 2013.

7. <u>Tom Green</u> - Mr. Tom Green will testify about the deceased's relationship with his family and his mental and physical health prior to the events of February 12, 2013.

Page 2 -    CORIZON DEFENDANTS' WITNESS LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\128493\202445\AMT\15917842.1

8. <u>Mackenzie Green</u> - Ms. Green will testify about the deceased's relationship with his family and his mental and physical health prior to the events of February 12, 2013.

**EXPERT WITNESSES**

9. <u>Chris Esguerra, M.D.</u> - Dr. Esguerra will testify about the contents of his expert and rebuttal expert reports.

10. <u>Joseph Penn, M.D.</u> - Dr. Penn will testify about the contents of his expert and rebuttal expert reports.

11. <u>Samuel "Skip" Freedman, M.D.</u> - Dr. Freedman will testify about the contents of his expert and rebuttal expert reports.

12. <u>Kathy Wild</u> - Ms. Wild will testify about the contents of her rebuttal expert report.

13. <u>Andrew Kaufmann, M.D.</u> - Dr. Kaufmann will testify about the contents of his rebuttal expert report.

**NON-PARTY FACT WITNESSES**

14. <u>Larry Brown</u> - Lieutenant Brown will testify about the contractual and working relationship between Corizon and Lane County.

15. <u>Keri Nelson</u> - Ms. Nelson will testify about her observations and interactions with Mr. Green on the evening of February 11, 2013.

16. <u>James Ball</u> - Sergeant Ball will testify about his observations and interactions with Mr. Green on the evening of February 11, 2013.

17. <u>Guy Balcom</u> - Sergeant Balcom will testify about his observations and interactions with Mr. Green on February 12, 2013.

18. <u>Angela Dodds</u> - Deputy Dodds will testify about his observations and interactions with Mr. Green on February 12, 2013.

Page 3 -    CORIZON DEFENDANTS' WITNESS LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\128493\202445\AMT\15917842.1

19. Robert Dotson - Deputy Dotson will testify about his observations and interactions with Mr. Green on February 12, 2013.

20. Richard Peters - Deputy Peters will testify about his observations and interactions with Mr. Green on February 12, 2013.

21. Mark Begimes - Mr. Begimes will testify about his observations and interactions with Mr. Green on February 12, 2013.

22. Angela Easom - Ms. Easom, current HSA for Corizon at Lane County Jail, will testify about relevant past and present practices at Lane County Jail.

23. Tonya Mooningham - In the event that the Sentinel Event Report is admitted, Ms. Mooningham will testify about her role in completing that review.

24. Gail Fore - Ms. Fore will describe her role within Corizon and her knowledge of the events of February 12, 2013.

25. Linda Panzer - Ms. Panzer, the current Administrative Assistant for Corizon at Lane County Jail, will describe her knowledge of practices and procedures at Lane County Jail.

26. Harold Orr, M.D. - Dr. Orr will discuss Corizon's corporate practices and policies and their relation to the events of February 12, 2013.

27. Jacob Pleich - Mr. Pleich will testify about his interactions with Mr. Green.  Mr. Pleich will describe his role within Corizon at Lane County and his role in the events of February 12, 2013.

28. Leah Smith - Ms. Smith will describe her role within Corizon at Lane County and her interactions with and observations of Mr. Kelly C. Green, II on the day of February 12, 2013.

//

Page 4 -    CORIZON DEFENDANTS' WITNESS LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\128493\202445\AMT\15917842.1

29. Jona Bourgard - Ms. Bourgard will describe her role within Corizon at Lane County and her interactions with and observations of Mr. Kelly C. Green, II on the day of February 12, 2013.

30. Ivor Garlick, M.D. - Dr. Garlick will discuss relevant practices and procedures at Corizon's Lane County operation.

31. Deborah Fye - VP Regional Director, Operation, will testify about practices, policies and procedures of Corizon.

32. Roland Maldonado - COO West Region, will discuss practices, policies and procedures of Corizon.

Dated this 18th day of May, 2015.

        Respectfully submitted,

        SCHWABE, WILLIAMSON & WYATT, P.C.


By:  /s/Richard K. Hansen
   Richard K. Hansen, OSB #832231
   Anne M. Talcott, OSB #965325
   Telephone: 503.222.9981
   Facsimile: 503.796.2900

   James M. Daigle, OSB #942843
   Adam S. Heder, OSB #151144
   Telephone: 503.221.0699
   Facsimile: 503.223.5706

   Trial Attorney: Richard K. Hansen

   Of Attorneys for Defendants, Corizon Health, Inc., Dr. Justin Montoya, Vicki Thomas, Kirstin White, Sharon Epperson (née Fagan)

Page 5 -    CORIZON DEFENDANTS' WITNESS LIST

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\128493\202445\AMT\15917842.1

## **CERTIFICATE OF SERVICE**

The undersigned declares under penalty of perjury, under the laws of the State of Oregon, that the following is true and correct:

That on the 18th day of May, 2015, I arranged for service of the foregoing CORIZON DEFENDANTS' WITNESS LIST to the parties to this action as follows:

| | |
|---|---|
| Elden M. Rosenthal<br>Rosenthal, Greene & Devlin PC<br>121 SW Salmon St Ste 1090<br>Portland, OR 97204-2920<br>E-Mail: elden@rgdpdx.com | Sebastian Tapia<br>Attorney<br>Lane County Office of Legal Counsel<br>125 East Eighth Avenue<br>Eugene, OR 97401<br>E-Mail: sebastian.tapia@co.lane.or.us |
| James Daigle<br>Adam Heder<br>Stewart Sokol & Larkin LLC<br>2300 SW First Ave., Ste. 200<br>Portland, OR 97201<br>E-Mail: jmdaigle@lawssl.com<br>E-Mail: aheder@lawssl.com | Robert L. Goldstucker<br>Nall & Miller LLP<br>235 Peachtree St., NE<br>Ste. 1500 – North Tower<br>Atlanta, GA 30303<br>E-Mail: bgoldstucker@nallmiller.com |

by:

☐ U.S. Postal Service, ordinary first class mail
☐ U.S. Postal Service, certified or registered mail, return receipt requested
☐ hand delivery
☐ facsimile
☒ electronic service: CM/ECF
☐ other (specify) _____

        /s/Richard K. Hansen
    Richard K. Hansen

Page 1 -    CERTIFICATE OF SERVICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\128493\202445\AMT\15917842.1