**Elden M. Rosenthal, OSB No. 722174**
Email: elden@rgdpdx.com
**Michael A. Greene, OSB No. 802445**
Email: mike@rgdpdx.com
**John T. Devlin, OSB No. 042690**
Email: john@rgdpdx.com
Rosenthal Greene & Devlin, P.C.
121 SW Salmon Street, Suite 1090
Portland, OR 97204
Phone: (503) 228-3015
Fax: (503) 228-3269

Of Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

|  |  |
|---|---|
| DEREK JOHNSON, personal representative of KELLY CONRAD GREEN II, deceased; KELLY CONRAD GREEN; and SANDY PULVER, <br><br> Plaintiffs, <br><br> v. <br><br> CORIZON HEALTH, INC., a Tennessee Corporation; LANE COUNTY, an Oregon county; DR. CARL KELDIE, an individual; DR. JUSTIN MONTOYA, an individual; VICKI THOMAS, an individual; KIRSTIN WHITE, an individual; SHARON EPPERSON (née FAGAN, an individual; and JACOB PLEICH, an individual, <br><br> Defendants. | **Civil Action No. 6:13-cv-01855-TC** <br><br><br> **PLAINTIFF'S PROPOSED VERDICT FORM** |

///

///

///

PLAINTIFFS' PROPOSED VERDICT FORM

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| DEREK JOHNSON, personal representative of KELLY CONRAD GREEN II, deceased; KELLY CONRAD GREEN and SANDY PULVER<br><br>Plaintiffs,<br><br>v.<br><br>CORIZON HEALTH, INC., a Tennessee Corporation; LANE COUNTY, an Oregon county; DR. JUSTIN MONTOYA, an individual; VICKI THOMAS, an individual; KIRSTIN WHITE, an individual; SHARON EPPERSON (née FAGAN), an individual,<br><br>Defendants. | **Civil Action No. 6:13-cv-01855-TC**<br><br><br><br>**VERDICT FORM** |

We, the jury, return the following verdict:

## CIVIL RIGHTS § 1983 CLAIMS

### Events Before Casey Green's Court Appearance

1. Did Casey Green suffer damage as a result of the policies, practices or customs of Corizon Health, Inc.?

    ANSWER:        _____ Yes        _____ No

2. Did Casey Green suffer damage as a result of the policies, practices or customs of Lane County?

    ANSWER:        _____ Yes        _____ No

3. Is Dr. Justin Montoya liable in his supervisory capacity for the damages suffered by Casey Green?

    ANSWER:        _____ Yes        _____ No

4.  Is Vicki Thomas liable in her supervisory capacity for the damages suffered by Casey Green?

ANSWER:        _____ Yes        _____ No

*If you answered "yes" to Questions 1, 2, 3 or 4, please answer Questions 5, 6 and 7. If you answered "no" to Questions 1, 2, 3 and 4, please proceed to answer Question No. 8.*

5.  What is the amount of damages suffered by Casey Green?

ANSWER:        Economic damages        $_____

Noneconomic damages        $_____

6.  Did Casey Green die as a result of the policies, practices or customs of Corizon Health, Inc. or Lane County?

ANSWER:        _____ Yes        _____ No

7.  Did Casey Green die as a result of the supervisory acts or omissions of Justin Montoya, M.D. or Vicki Thomas?

ANSWER:        _____ Yes        _____ No

*If you answered "yes" to Questions 6 and/or 7, please answer Question 8.  If you answered "no" to Questions 6 and 7, please proceed to answer Question No. 9.*

8.  What is the amount of damages (loss of society and companionship) suffered by Casey Green's parents as a result of Casey Green's death?

ANSWER:        Kelly Green        $_____

Sandy Pulver        $_____

**Events During and After Casey Green's Court Appearance**

9.  Did Casey Green suffer damage as a result of the policies, practices or customs of Corizon Health, Inc.?

ANSWER:        _____ Yes        _____ No

If so, what is the amount of damages suffered by Casey Green as a result of the policies, practices or customs of Corizon Health, Inc.?

ANSWER:        Economic damages      $_____

                     Noneconomic damages  $_____

10. Did Casey Green suffer damage as a result of the policies, practices or customs of Lane County?

ANSWER:      _____ Yes      _____ No

If so, what is the amount of damages suffered by Casey Green as a result of the policies, practices or customs of Lane County?

ANSWER:        Economic damages      $_____

                     Noneconomic damages  $_____

11. Was Kirstin White deliberately indifferent to Casey Green's rights under the Fourteenth Amendment?

ANSWER:      _____ Yes      _____ No

12. *If you answered "yes" to Question 11:* Did Kirstin White's actions cause damage to Casey Green?

ANSWER:      _____ Yes      _____ No

13. *If you answered "yes" to Question No. 12:* What is the amount of damages suffered by Casey Green as a result of the deliberate indifference of Kirstin White?

ANSWER:        Economic damages      $_____

                     Noneconomic damages  $_____

14. Was Sharon Epperson deliberately indifferent to Casey Green's rights under the Fourteenth Amendment?

ANSWER:      _____ Yes      _____ No

15. *If you answered "yes" to Question 14:* Did Sharon Epperson's actions cause damage to Casey Green?

    ANSWER:          _____ Yes          _____ No

16. *If you answered "yes" to Question No. 15:* What is the amount of damages suffered by Casey Green as a result of the deliberate indifference of Sharon Epperson?

    ANSWER:       Economic damages       $_____

                  Noneconomic damages    $_____

17. Was Vicki Thomas deliberately indifferent to Casey Green's rights under the Fourteenth Amendment?

    ANSWER:          _____ Yes          _____ No

18. *If you answered "yes" to Question 17:* Did Vicki Thomas's actions cause damage to Casey Green?

    ANSWER:          _____ Yes          _____ No

19. *If you answered "yes" to Question No. 18:* What is the amount of damages suffered by Casey Green as a result of the deliberate indifference of Vicki Thomas?

    ANSWER:       Economic damages       $_____

                  Noneconomic damages    $_____

20. Did Casey Green die as a result of the policies, practices or customs of Corizon Health, Inc. or Lane County?

    ANSWER:          _____ Yes          _____ No

21. Did Casey Green die as a result of the deliberate indifference of Kirstin White, Sharon Epperson or Vicki Thomas?

    ANSWER:          _____ Yes          _____ No

*If you answered "yes" to Questions 20 or 21, please answer Question 22.  If you answered "no" to both Questions 20 and 21, please proceed to answer Question 23.*

Page **4** of **8** – VERDICT FORM

22. What is the amount of damages (loss of society and companionship) suffered by Casey Green's parents as a result of Casey Green's death?

ANSWER:        Kelly Green        $_____

Sandy Pulver        $_____

**Punitive damages**

*Please answer the following questions if you awarded damages against Corizon Health, Inc, Kirstin White, Sharon Epperson, Vicki Thomas or Dr. Justin Montoya.*

*If you did not award damages against any of those defendants, please proceed to Question 28.*

23. Did Corizon Health, Inc. act maliciously or wantonly or with a callous or reckless disregard of Casey Green's constitutional rights?

ANSWER:        _____ Yes        _____ No

If so, what amount of punitive damages, if any, should Corizon Health, Inc. pay?
ANSWER:        $_____

24. Did Kirstin White act maliciously or wantonly or with a callous or reckless disregard of Casey Green's constitutional rights?

ANSWER:        _____ Yes        _____ No

If so, what amount of punitive damages, if any, should Kirstin White pay?

ANSWER:        $_____

25. Did Sharon Epperson act maliciously or wantonly or with a callous or reckless disregard of Casey Green's constitutional rights?

ANSWER:        _____ Yes        _____ No

If so, what amount of punitive damages, if any, should Sharon Epperson pay?

ANSWER:        $_____

26. Did Vicki Thomas act maliciously or wantonly or with a callous or reckless disregard of Casey Green's constitutional rights?

    ANSWER:                    _____ Yes            _____ No

    If so, what amount of punitive damages, if any, should Vicki Thomas pay?

    ANSWER:                    $_____

27. Did Dr. Justin Montoya act maliciously or wantonly or with a callous or reckless disregard of Casey Green's constitutional rights?

    ANSWER:                    _____ Yes            _____ No

    If so, what amount of punitive damages, if any, should Dr. Justin Montoya pay?

    ANSWER:                    $_____

## GROSS NEGLIGENCE/RECKLESS MISCONDUCT

28. Was Casey Green injured as a result of the gross negligence or reckless misconduct of Corizon Health, Inc.?

    ANSWER:                    _____ Yes            _____ No

    If so, what is the amount of damages suffered by Casey Green as a result of Corizon Health, Inc.'s gross negligence or reckless misconduct?

    ANSWER:        Economic damages        $_____

                   Noneconomic damages     $_____

29. Did the gross negligence or reckless misconduct of Corizon Health, Inc. cause the death of Casey Green?

    ANSWER:                    _____ Yes            _____ No

    If so, what is the amount of damages (loss of society and companionship) suffered by Casey Green's parents as a result of Casey Green's death?

    ANSWER:        Kelly Green              $_____

                   Sandy Pulver            $_____

*If you answered "yes" to Question 28, please answer Question 30.  If you answered "no" to Question 28, please proceed to Question 31.*

30. Did Corizon Health, Inc. act maliciously or wantonly, or with a callous or reckless disregard of Kelly Green's safety?

ANSWER:            _____ Yes            _____ No

If so, what amount of punitive damages, if any, should Corizon Health, Inc. pay?

$_____

## NEGLIGENCE

### Corizon

31. Was Corizon Health, Inc. negligent in one or more of the ways alleged by the plaintiffs?

ANSWER:            _____ Yes            _____ No

32. Did that negligence cause damages to Casey Green?

ANSWER:            _____ Yes            _____ No

*If you answered "yes" to Questions 31 and 32 please proceed to Question 33.  If you answered "no" to Questions 31 and/or Question 32, please proceed to Question 35.*

33. What is the amount of damages suffered by Casey Green as a result of that negligence?

ANSWER:        Economic damages        $_____

Noneconomic damages    $_____

34. Did that negligence cause the death of Casey Green?

ANSWER:            _____ Yes            _____ No

If so, what is the amount of damages (loss of society and companionship) suffered by Casey Green's parents as a result of Casey Green's death?

ANSWER:        Kelly Green            $_____

               Sandy Pulver          $_____

**Lane County**

35. Was Lane County negligent in one or more of the ways alleged by the plaintiffs?

    ANSWER:              _____ Yes         _____ No

36. Did that negligence cause damages to Casey Green?

    ANSWER:              _____ Yes         _____ No

*If you answered "yes" to Question 35 and Question 36, please proceed to Question 37. If you answered "no" to Question 35 and/or Question 36, do not answer the remaining questions.*

37. What is the amount of damages suffered by Casey Green as a result of that negligence?

    ANSWER:        Economic damages      $_____

                   Noneconomic damages   $_____

38. Did that negligence cause the death of Casey Green?

    ANSWER:              _____ Yes         _____ No

If so, what is the amount of damages (loss of society and companionship) suffered by Casey Green's parents as a result of Casey Green's death?

        ANSWER:        Kelly Green            $_____

                       Sandy Pulver          $_____


               Dated this ___ day of July, 2015.


               _____
               Presiding Juror

SUBMITTED this 19th day of May, 2015.

ROSENTHAL GREENE & DEVLIN, PC

   /s/ Elden M. Rosenthal
**Elden M. Rosenthal**, OSB No. 722174
Email:  elden@rgdpdx.com
**Michael A. Greene**, OSB No. 802445
Email: mike@rgdpdx.com
**John T. Devlin**, OSB No. 042690
Email: john@rgdpdx.com
Phone: (503) 228-3015
Fax: (503) 228-3269

Of Attorneys for Plaintiffs

PLAINTIFFS' PROPOSED VERDICT FORM

# CERTIFICATE OF SERVICE

I hereby certify that I served true and correct copies of the foregoing:

    **1.  PLAINTIFFS' PROPOSED VERDICT FORM**

on the following:

| | |
|---|---|
| James Daigle | Richard K. Hansen |
| Adam Heder | Anne M. Talcott |
| *Stewart Sokol & Larkin LLC* | *Schwabe, Williamson & Wyatt, P.C.* |
| 2300 SW First Ave., Suite 200 | 1211 SW 5th Ave., Suite 1900 |
| Portland, OR 97201 | Portland, OR 97204 |
| jmdaigle@lawssl.com | rhansen@schwabe.com |
| aheder@lawssl.com | atalcott@schwabe.com |
| | |
|     Of Attorneys for Corizon defendants. |     Of Attorneys for Corizon defendants. |
| Robert L. Goldstucker | Sebastian Tapia |
| *Nall & Miller, LLP* | Stephen Dingle |
| 235 Peachtree St., NE | *Lane County Counsel* |
| Suite 1500 – North Tower | 125 East 8th Avenue |
| Atlanta, GA 30303-1418 | Eugene, OR  97401 |
| bgoldstucker@nallmiller.com | Sebastian.tapia@co.lane.or.us |
| | Stephen.dingle@co.lane.or.us |
| | |
|     Of Attorneys for Corizon defendants. |     Of Attorneys for Lane Co. defendant. |

by the following method/s:

| | |
|---|---|
| _____ | mail with postage prepaid, deposited in the US mail at Portland, OR |
|   X   | service made via electronic mailing and/or CM/ECF filing |
| _____ | hand delivery |
| _____ | facsimile transmission |
| _____ | overnight delivery. |

Dated this 19th day of May, 2015.

               /s/ Elden M. Rosenthal

               ELDEN M. ROSENTHAL, OSB No. 722174

               MICHAEL A. GREENE, OSB No. 802445

               JOHN T. DEVLIN, OSB No. 042690

               *Of Attorneys for Plaintiff*