**Elden M. Rosenthal,** OSB No. 722174
Email:  elden@rgdpdx.com
**Michael A. Greene,** OSB No. 802445
Email: mike@rgdpdx.com
**John T. Devlin,** OSB No. 042690
Email: john@rgdpdx.com
Rosenthal Greene & Devlin, P.C.
121 SW Salmon Street, Suite 1090
Portland, OR 97204
Phone: (503) 228-3015
Fax: (503) 228-3269

Of Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| DEREK JOHNSON, personal representative of KELLY CONRAD GREEN II, deceased; KELLY CONRAD GREEN and SANDY PULVER,<br><br>Plaintiffs,<br><br>v.<br><br>CORIZON HEALTH, INC., a Tennessee Corporation; LANE COUNTY, an Oregon county; DR. JUSTIN MONTOYA, an individual; VICKI THOMAS, an individual; KIRSTIN WHITE, an individual; and SHARON EPPERSON (née FAGAN), an individual,<br><br>Defendants. | **Civil Action No. 6:13-cv-01855-TC**<br><br>**PLAINTIFFS' THIRD MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |

///

///

///

Page 1 –  PLAINTIFFS' THIRD MOTION TO COMPEL PRODUCTION OF DOCUMENTS

John T. Devlin, counsel for plaintiffs, has conferred with Adam Heder, counsel for the Corizon defendants, about this motion. The parties have been unable to resolve the dispute which is the basis of this motion.

Plaintiffs move for an Order compelling production of a two-page litigation history that Corizon recently provided to Lane County as part of an April 2015 proposal to keep the contract for medical and related services at the Lane County Jail. This motion is supported by the Memorandum in Support of Plaintiffs' Third Motion to Compel Production of Documents and the Declaration of John T. Devlin in Support of Plaintiff's Third Motion to Compel Production of Documents.

DATED this 26th day of May, 2015.

          ROSENTHAL GREENE & DEVLIN, PC

          /s/ John T. Devlin
          **Elden M. Rosenthal**, OSB No. 722174
          Email: elden@rgdpdx.com
          **Michael A. Greene**, OSB No. 802445
          Email: mike@rgdpdx.com
          **John T. Devlin**, OSB No. 042690
          Email: john@rgdpdx.com
          Phone: (503) 228-3015
          Fax: (503) 228-3269

          Of Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that I served true and correct copies of the foregoing:

1. **PLAINTIFFS' THIRD MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

on the following:

| | |
|---|---|
| James Daigle | Richard K. Hansen |
| Adam Heder | Anne M. Talcott |
| *Stewart Sokol & Larkin LLC* | *Schwabe, Williamson & Wyatt, P.C.* |
| 2300 SW First Ave., Suite 200 | 1211 SW 5th Ave., Suite 1900 |
| Portland, OR 97201 | Portland, OR 97204 |
| jmdaigle@lawssl.com | rhansen@schwabe.com |
| aheder@lawssl.com | atalcott@schwabe.com |
| Of Attorneys for Corizon defendants. | Of Attorneys for Corizon defendants. |
| Robert L. Goldstucker | Sebastian Tapia |
| *Nall & Miller, LLP* | Stephen Dingle |
| 235 Peachtree St., NE | *Lane County Counsel* |
| Suite 1500 – North Tower | 125 East 8th Avenue |
| Atlanta, GA 30303-1418 | Eugene, OR 97401 |
| bgoldstucker@nallmiller.com | Sebastian.tapia@co.lane.or.us |
| | Stephen.dingle@co.lane.or.us |
| Of Attorneys for Corizon defendants. | Of Attorneys for Lane Co. defendant. |

by the following method/s:

    _____ mail with postage prepaid, deposited in the US mail at Portland, OR
    \_\_X\_\_ service made via electronic mailing and/or CM/ECF filing
    _____ hand delivery
    _____ facsimile transmission
    _____ overnight delivery.

Dated this 26th day of May, 2015.

    /s/ John T. Devlin
    ELDEN M. ROSENTHAL, OSB No. 722174
    MICHAEL A. GREENE, OSB No. 802445
    JOHN T. DEVLIN, OSB No. 042690
    *Of Attorneys for Plaintiffs*