**Elden M. Rosenthal**, OSB No. 722174
Email: elden@rgdpdx.com
**Michael A. Greene**, OSB No. 802445
Email: mike@rgdpdx.com
**John T. Devlin**, OSB No. 042690
Email: john@rgdpdx.com
Rosenthal Greene & Devlin, P.C.
121 SW Salmon Street, Suite 1090
Portland, OR 97204
Phone: (503) 228-3015
Fax: (503) 228-3269

Of Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| DEREK JOHNSON, personal representative of KELLY CONRAD GREEN II, deceased; KELLY CONRAD GREEN and SANDY PULVER,<br><br>Plaintiffs,<br>v.<br><br>CORIZON HEALTH, INC., a Tennessee Corporation; LANE COUNTY, an Oregon county; DR. JUSTIN MONTOYA, an individual; VICKI THOMAS, an individual; KIRSTIN WHITE, an individual; and SHARON EPPERSON (née FAGAN), an individual,<br><br>Defendants. | Civil Action No. 6:13-cv-01855-TC<br><br>**DECLARATION OF JOHN T. DEVLIN IN SUPPORT OF PLAINTIFFS' THIRD MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |

I, John T. Devlin, declare under penalty of perjury as follows:

1. I am one of the attorneys for the plaintiffs in this case.

Page 1 of 2 – **DECLARATION OF JOHN T. DEVLIN IN SUPPORT OF PLAINTIFFS' THIRD MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from Corizon's 2015 proposal for the Lane County contract. This document also is marked as Trial Exhibit 168.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the February 11, 2015 deposition of Rich Hallworth.

I hereby declare under penalty of perjury that the foregoing is true and correct.

DATED this 26th day of May, 2015.

                                ROSENTHAL GREENE & DEVLIN, PC

                                /s/ John T. Devlin
                              **Elden M. Rosenthal**, OSB No. 722174
                              Email: elden@rgdpdx.com
                              **Michael A. Greene**, OSB No. 802445
                              Email: mike@rgdpdx.com
                              **John T. Devlin**, OSB No. 042690
                              Email: john@rgdpdx.com
                              Phone: (503) 228-3015
                              Fax: (503) 228-3269

                              Of Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that I served true and correct copies of the foregoing:

1. **DECLARATION OF JOHN T. DEVLIN IN SUPPORT OF PLAINTIFFS' THIRD MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

on the following:

| | |
|---|---|
| James Daigle<br>Adam Heder<br>*Stewart Sokol & Larkin LLC*<br>2300 SW First Ave., Suite 200<br>Portland, OR 97201<br>jmdaigle@lawssl.com<br>aheder@lawssl.com<br><br>    Of Attorneys for Corizon defendants. | Richard K. Hansen<br>Anne M. Talcott<br>*Schwabe, Williamson & Wyatt, P.C.*<br>1211 SW 5th Ave., Suite 1900<br>Portland, OR 97204<br>rhansen@schwabe.com<br>atalcott@schwabe.com<br><br>    Of Attorneys for Corizon defendants. |
| Robert L. Goldstucker<br>*Nall & Miller, LLP*<br>235 Peachtree St., NE<br>Suite 1500 – North Tower<br>Atlanta, GA 30303-1418<br>bgoldstucker@nallmiller.com<br><br>    Of Attorneys for Corizon defendants. | Sebastian Tapia<br>Stephen Dingle<br>*Lane County Counsel*<br>125 East 8th Avenue<br>Eugene, OR  97401<br>Sebastian.tapia@co.lane.or.us<br>Stephen.dingle@co.lane.or.us<br><br>    Of Attorneys for Lane Co. defendant. |

by the following method/s:

    _____ mail with postage prepaid, deposited in the US mail at Portland, OR
       X    service made via electronic mailing and/or CM/ECF filing
    _____ hand delivery
    _____ facsimile transmission
    _____ overnight delivery.

Dated this 26th day of May, 2015.

                                      /s/ John T. Devlin
                                      ELDEN M. ROSENTHAL, OSB No. 722174
                                      MICHAEL A. GREENE, OSB No. 802445
                                      JOHN T. DEVLIN, OSB No. 042690
                                      *Of Attorneys for Plaintiffs*