IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

DEREK JOHNSON, personal representative
of KELLY CONRAD GREEN II, deceased;
KELLY CONRAD GREEN and SANDY PULVER,

    Plaintiffs,

  vs.          No. 6:13-cv-01855-TC

CORIZON HEALTH, INC., a
Tennessee Corporation; LANE
COUNTY, an Oregon county; DR.
CARL KELDIE, an individual; DR.
JOE PASTOR, an individual; BECKY
PINNEY, an individual; VICKI
THOMAS, an individual; KIRSTIN WHITE,

--------------------------------

(caption continued next page)

VIDEOTAPED DEPOSITION OF RICHARD HALLWORTH

   Taken in behalf of the Plaintiffs

February 11, 2015

Portland, Oregon

Exhibit 2 -- JTD Dec'l ISO 3rd Motn to Compel
Page 1 of 2

Richard Hallworth . 2/11/2015

### 54

1    nursing officer staff, that would, and the
2    regional medical directors, whatever, I don't
3    know the specific plans, but there would be
4    others who were responsible to make sure that
5    those corrective actions were met.
6    Q. Have you ever been to Oregon?
7    A. Yes.
8    Q. In your job as CEO, did you ever come to Oregon?
9    A. Never been to Lane but I have been to both
10    Washington County and Clackamas.
11    Q. Do you know a woman named Beth Kutscher,
12    K-U-T-S-C-H-E-R?
13    A. That name does not sound familiar to me.
14    Q. Do you recall being interviewed by her for Modern
15    Healthcare in August of 2013?
16    A. Oh, okay. Kutscher, I believe the name is. Yes.
17    Yes, I don't remember the specifics of the
18    interview, but yes.
19    Q. Do you know the publication Modern Healthcare?
20    A. Yes, I do.
21    Q. What is it?
22    A. It's a trade publication for healthcare, on the
23    healthcare industry.
24    Q. And who reads it?
25    A. I don't know the subscribership. It's hospitals,

### 55

1    healthcare executives, healthcare providers. I
2    don't know their full readership. I never
3    subscribed to the magazine personally, but I have
4    seen it many times over the years.
5    Q. Do you recall being asked questions by
6    Ms. Kutscher about the litigation history of
7    Corizon and Prison Health Services?
8    A. I don't recall that line of questioning.
9    Q. Did you tell the reporter, quote, we get sued a
10    lot, but 95 percent or 97 percent are
11    self-represented cases?"
12    A. If that's the way I was quoted, I'm sure I said
13    it. That doesn't sound -- I mean, that sounds
14    like something I would have said. But I don't
15    recall that specific question or know that
16    answer.
17    Q. Is that your understanding, that during your
18    years at Prison Health Services and Corizon that
19    you would get, that the company would get sued a
20    lot, but 95 to 97 percent were by people that
21    didn't have lawyers?
22    A. Yes.
23    Q. And what do you base that statement on? What do
24    you base that knowledge on?
25    A. There are reports that I would get on a periodic

### 56

1    basis of the claims that are filed against the
2    company, and the pro se cases, which are the
3    self-represented cases, would make up the
4    majority of those, of those cases.
5    Q. In fact, it was your understanding they made up
6    over 95 percent of the cases?
7    A. Yes.
8    Q. Did you also tell the reporter that, Kutscher,
9    that these cases were usually settled for an
10    average of less than fifty dollars?
11    A. Yes. That sounds like something I would have
12    said.
13    Q. Because that is your understanding?
14    A. Yes.
15    Q. As the CEO of Corizon?
16    A. Yes. We monitor those pro se cases to make sure,
17    if there is anything that is of legitimate
18    concern, and judging by the payouts on those,
19    most of those are, were not of any significance.
20    Q. Did you also tell the reporter that, quote, the
21    vast majority of cases are groundless, close
22    quote, that are filed against Corizon?
23    A. That is true.
24    Q. What did you base that statement on?
25    A. Based on the closure rate of those cases that

### 57

1    there is finding of, they are either dismissed by
2    the courts or once we put our defense, there is
3    no settlement.
4    Q. Did you read the article in Modern Healthcare
5    after you were interviewed?
6    A. I'm sure I did.
7    Q. And did you, do you recall thinking there was
8    anything inaccurate in what Ms. Kutscher wrote
9    about her interview with you?
10        MR. DAIGLE: Object to the form. Go ahead.
11        THE WITNESS: Okay. I don't recall the
12    specifics of that one. I'm not having a visceral
13    reaction to it. So, I have been interviewed many
14    times over the years and very rarely is the
15    reporter 100 percent accurate. But I didn't
16    think there was a, I don't recall there being any
17    gross misstatement of what I said or what I
18    intended to say during that interview.
19    BY MR. ROSENTHAL:
20    Q. Now, as CEO of Corizon, you would take a look at
21    the quarterly and annual financial statements of
22    the company, correct?
23    A. Yes.
24    Q. And given your detailed accounting background,
25    you would understand those documents, correct?

(Pages 54 to 57)                                                    15

Steinbock Court Reporting . 971.409.0709

Exhibit 2 -- JTD Dec'l ISO 3rd Motn to Compel
Page 2 of 2