**Elden M. Rosenthal, OSB No. 722174**
Email: elden@rgdpdx.com
**Michael A. Greene, OSB No. 802445**
Email: mike@rgdpdx.com
**John T. Devlin, OSB No. 042690**
Email: john@rgdpdx.com
Rosenthal Greene & Devlin, P.C.
121 SW Salmon Street, Suite 1090
Portland, OR 97204
Phone: (503) 228-3015
Fax: (503) 228-3269

Of Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| DEREK JOHNSON, personal representative of KELLY CONRAD GREEN II, deceased; KELLY CONRAD GREEN; and SANDY PULVER,<br><br>Plaintiffs,<br><br>v.<br><br>CORIZON HEALTH, INC., a Tennessee Corporation; LANE COUNTY, an Oregon county; DR. JUSTIN MONTOYA, an individual; VICKI THOMAS, an individual; KIRSTIN WHITE, an individual; and SHARON EPPERSON (née FAGAN), an individual,<br><br>Defendants. | Civil Action No. 6:13-cv-01855-TC<br><br>**PLAINTIFFS' SUPPLEMENTAL EXHIBIT LIST** |

Pursuant to the Trial Management Order, plaintiffs submit the following exhibit list.

| Exhibit Number | Description |
|---|---|
| 416 | August 2014 Peer Review of Kirstin White |

Plaintiffs reserve additional numbers for impeachment exhibits and rebuttal exhibits.

1 PLAINTIFFS' SUPPLEMENTAL EXHIBIT LIST

Dated this 26th day of May, 2015.

                                              Respectfully submitted,

                                              /s/ Elden M. Rosenthal
Elden M. Rosenthal, OSB No. 722174
Email: elden@rgdpdx.com
Michael A. Greene, OSB No. 802445
Email: mike@rgdpdx.com
John T. Devlin, OSB No. 042690
Email: john@rgdpdx.com
Phone: (503) 228-3015
Fax: (503) 228-3269

# CERTIFICATE OF SERVICE

I hereby certify that I served true and correct copies of the foregoing:

    **1. PLAINTIFFS' SUPPLEMENTAL EXHIBIT LIST**

on the following:

| | |
|---|---|
| James Daigle<br>Adam Heder<br>*Stewart Sokol & Larkin LLC*<br>2300 SW First Ave., Suite 200<br>Portland, OR 97201<br>jmdaigle@lawssl.com<br>aheder@lawssl.com | Richard K. Hansen<br>Anne M. Talcott<br>*Schwabe, Williamson & Wyatt, P.C.*<br>1211 SW 5th Ave., Suite 1900<br>Portland, OR 97204<br>rhansen@schwabe.com<br>atalcott@schwabe.com |
| Of Attorneys for Corizon defendants. | Of Attorneys for Corizon defendants. |
| Robert L. Goldstucker<br>*Nall & Miller, LLP*<br>235 Peachtree St., NE<br>Suite 1500 – North Tower<br>Atlanta, GA 30303-1418<br>bgoldstucker@nallmiller.com | Sebastian Tapia<br>Stephen Dingle<br>*Lane County Counsel*<br>125 East 8th Avenue<br>Eugene, OR 97401<br>Sebastian.tapia@co.lane.or.us<br>Stephen.dingle@co.lane.or.us |
| Of Attorneys for Corizon defendants. | Of Attorneys for Lane Co. defendant. |

by the following method/s:

    _____ mail with postage prepaid, deposited in the US mail at Portland, OR
    __X__ service made via electronic mailing and/or CM/ECF filing
    _____ hand delivery
    _____ facsimile transmission
    _____ overnight delivery.

Dated this 26th day of May, 2015.

                                      /s/ John T. Devlin
                                      ELDEN M. ROSENTHAL, OSB No. 722174
                                      MICHAEL A. GREENE, OSB No. 802445
                                      JOHN T. DEVLIN, OSB No. 042690
                                      *Of Attorneys for Plaintiffs*